**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In Re: RFC and RESCAP Liquidating Trust Litigation

Civil File No. 13-3451 (SRN/JJK/HB)

---

13cv03447 (PJS/JSM), Residential Funding Co., LLC v. The Mortgage Outlet, Inc.
13cv03448 (DWF/TNL), Residential Funding Co., LLC v. Ark-La-Tex Financial Services, LLC
13cv03449 (JNE/SER), Residential Funding Co., LLC v. Cherry Creek Mortgage Co., Inc.
13cv03450 (MJD/FLN), Residential Funding Co., LLC v. Guaranty Bank
13cv03451 (SRN/BRT) , Residential Funding Co., LLC v. Academy Mortgage Corp.
13cv03453 (SRN/JJK), Residential Funding Co., LLC v. First California Mortgage Co.
13cv03457 (PAM/HB), Residential Funding Co., LLC v. Embrace Home Loan, Inc.
13cv03460 (DSD/HB), Residential Funding Co., LLC v. Americash
13cv03463 (ADM/SER), Residential Funding Co., LLC v. Broadview Mortgage Corp.
13cv03466 (PJS/JJK), Residential Funding Co., LLC v. Golden Empire Mortgage, Inc.
13cv03468 (JRT/JJK), Residential Funding Co., LLC v. Community West Bank, N.A.
13cv03470 (JNE/FLN), Residential Funding Co., LLC v. Fremont Bank
13cv03471 (PAM/LIB), Residential Funding Co., LLC v. PMC Bancorp
13cv03473 (ADM/BRT), Residential Funding Co., LLC v. First Equity Mortgage Bankers, Inc.
13cv03474 (JNE/TNL), Residential Funding Co., LLC v. Colonial Savings, F.A.
13cv03475 (RHK/HB), Residential Funding Co., LLC v. First Guaranty Mortgage Corp.
13cv03476 (ADM/JSM), Residential Funding Co., LLC v. Central Pacific Homeloans, Inc., et al.
13cv03485 (SRN/TNL), Residential Funding Co., LLC v. Provident Funding Asociates, L.P.
13cv03490 (RHK/FLN), Residential Funding Co., LLC v. First Mortgage Corporation
13cv03491 (DWF/HB), Residential Funding Co., LLC v. Mortgage Network, Inc.
13cv03492 (JNE/FLN), Residential Funding Co., LLC v. Mortgage Capital Assoc., Inc.
13cv03493 (DWF/HB), Residential Funding Co., LLC v. Premier Financial Services, Inc.
13cv03495 (ADM/FLN), Residential Funding Co., LLC v. Lenox Financial Mortgage Corp.
13cv03496 (JNE/HB), Residential Funding Co., LLC v. E Trade Bank
13cv03497 (PAM/FLN), Residential Funding Co., LLC v. Lake Forest Bank & Trust Co.
13cv03498 (JRT/BRT), Residential Funding Co., LLC v. PNC Bank, N.A.
13cv03499 (DSD/FLN), Residential Funding Co., LLC v. Mortgage Access Corp.
13cv03500 (MJD/BRT), Residential Funding Co., LLC v. Mid-Atlantic Financial Services, Inc.
13cv03502 (DSD/FLN), Residential Funding Co., LLC v. Pemm. Tek Mortgage Services, LLC
13cv03504 (RHK/SER), Residential Funding Co., LLC v. Cornerstone Home Lending, Inc., f/k/a
    Cornerstone Mortgage Co.
13cv03506 (JNE/SER), Residential Funding Co., LLC v. Impac Funding Corp.
13cv03508 (MJD/TNL), Residential Funding Co., LLC, et al. v. Plaza Home Mortgage, Inc.
13cv03509 (PAM/HB), Residential Funding Co., LLC v. Hometown Mortgage Services, Inc.
13cv03511 (RHK/FLN), Residential Funding Co., LLC v. Sierra Pacific Mortgage Company, Inc.
13cv03512 (MJD/HB), Residential Funding Co., LLC v. Wallick & Volk, Inc.
13cv03513 (PJS/BRT), Residential Funding Co., LLC v. Branch Banking & Trust Co.
13cv03515 (SRN/SER), Residential Funding Co., LLC, et al. v. T.J. Financial, Inc.
13cv03516 (ADM/FLN), Residential Funding Co., LLC v. Stearns Lending, LLC
13cv03517 (MJD/JSM), Residential Funding Co., LLC v. Terrace Mortgage Co.

13cv03518 (MJD/BRT), Residential Funding Co., LLC v. Gateway Bank, F.S.B
13cv03519 (SRN/JSM), Residential Funding Co., LLC v. Universal American Mortgage Co., LLC
13cv03520 (JRT/JSM), Residential Funding Co., LLC v. Homestead Funding Corp.
13cv03521 (ADM/LIB), Residential Funding Co., LLC v. Wells Fargo Bank, N.A.
13cv03523 (JNE/FLN), Residential Funding Co., LLC v. BMO Harris Bank, N.A.
13cv03524 (DSD/HB), Residential Funding Co., LLC v. SouthTrust Mortgage Corp., et al.
13cv03525 (SRN/JSM), Residential Funding Co., LLC v. Wells Fargo Financial Retail Credit, Inc.
13cv03526 (JRT/JJK), Residential Funding Co., LLC v. Standard Pacific Mortgage, Inc.
13cv03528 (ADM/TNL), Residential Funding Co., LLC v. National Bank of Kansas City
13cv03529 (MJD/JJK), Residential Funding Co., LLC v. Summit Lending Solutions, Inc.
13cv03531 (PJS/TNL), Residential Funding Co., LLC v. iServe Residential Lending, LLC
13cv03538 (DWF/SER), Residential Funding Co., LLC v. Greenpoint Mortgage Funding, Inc.
13cv03545 (PAM/JJK), Residential Funding Co., LLC v. Circle Mortgage Corp.
14cv00009 (ADM/BRT), Residential Funding Co., LLC v. United Fidelity Funding Corp.
14cv00143 (ADM/TNL), Residential Funding Co., LLC v. DB Structured Products, Inc., et al.
14cv01710 (DSD/TNL), Residential Funding Co., LLC v. CTX Mortgage Co., LLC, et al.
14cv1716 (DWF/JJK), Residential Funding Co., LLC v. Home Loan Center, Inc.
14cv01737 (MJD/JSM), Residential Funding Co., LLC v. Decision One Mortgage Co., LLC, et al.
14cv01739 (PAM/JJK), Residential Funding Co., LLC v. E-Loan, Inc.
14cv01740 (PJS/TNL), Residential Funding Co., LLC v. Rescue Mortgage, Inc.
14cv1760 (PJS/TNL), Residential Funding Co., LLC v. American Mortgage Network, LLC
14cv03093 (PJS/BRT), Rescap Liquidating Trust v. RBC Mortgage Co.
14cv03522 (ADM), Rescap Liquidating Trust v. CMG Mortgage, Inc.
14cv03525 (DWF/BRT), Rescap Liquidating Trust v. Synovus Mortgage Corp.
14cv03942 (DWF/JJK), Residential Capital, LLC, et al. v. Honor Bank
14cv03946 (MJD), Rescap Liquidating Trust v. Cadence Bank, N.A.
14cv03950 (DWF/FLN), ResCap Liquidating Trust v. Primary Capital Advisors, LLC
14cv04701 (JRT), Rescap Liquidating Trust v. PHH Mortgage Corp.
14cv04924 (DWF/SER), ResCap Liquidating Trust v. Global Advisory Group, Inc., et al.
14cv05101 (MJD/HB), ResCap Liquidating Trust v. Freedom Mortgage Corp.
15cv00066 (JRT/JSM), ResCap Liquidating Trust v. Monarch Bank
15cv00092 (JNE), Rescap Liquidating Trust v. First Mariner Bank

## ADMINISTRATIVE ORDER

In order to promote the just and efficient conduct of this litigation, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and LR 83.11, the United States District Court Judges of the United States District Court for the District of Minnesota hereby order the coordination and consolidation of all cases identified above for all pretrial purposes.

All of the above identified cases will hereby be consolidated before Judge Susan Richard Nelson and Magistrate Judges Jeffrey J. Keyes and Hildy Bowbeer for all pretrial purposes, including the coordination of all discovery matters, settlement discussions, non-dispositive motions and dispositive motions, other than summary judgment and trial. Any pleading or paper hereafter shall be filed electronically, in accordance with this District's CM/ECF protocol under the style "In Re: RFC and RESCAP Liquidating Trust Litigation", Civil File No. 13-cv-3451 (SRN/JJK/HB) (the "Consolidated Action").

All of the cases identified above, with the exception of Civil File No. 13-cv-3451 will be indefinitely stayed. At such time as Judge Susan Richard Nelson deems appropriate, the cases will be transferred back to their original District Judge and Magistrate Judge for summary judgment, if appropriate, and trial.

This Order shall also apply to all newly filed cases by RFC or the RESCAP Liquidating Trust in this District during the pendency of this pretrial coordination. Such cases will be initially assigned to a District Judge and Magistrate Judge as per the usual case assignment procedures of this District and will then automatically be transferred to the Consolidated Action pursuant to this Order.

The hearings on all pending motions in these cases are hereby cancelled. All such pending motions must be refiled in the Consolidated Action. A new hearing date will be set for any such motion and the same hearing date will be set for motions which raise common issues.

Discovery shall proceed apace under the various Case Management Orders issued

by the Magistrate Judges of this District until a Comprehensive Case Management Order is put into place. All discovery motions, hereinafter, must be scheduled through Susan Del Monte, at 651-848-1970. Any communications to the Court may be sent to **Nelson_chambers@mnd.uscourts.gov.**

A Pretrial Order will issue shortly in the Consolidated Action.

The Clerk of Court is hereby directed to:

1. File this Order in all cases identified above and reassign all cases, on a temporary basis, to Judge Susan Richard Nelson and Magistrate Judge Jeffrey J. Keyes and Magistrate Judge Hildy Bowbeer.

2. Add the parties and their counsel to the docket of "In Re: RFC and RESCAP Liquidating Trust Litigation", Civil File No. 13-cv-3451 (SRN/JJK/HB)(the "Consolidated Action").

3. STAY all other cases identified above until such time as further direction is received from Judge Susan Richard Nelson.

4. All future cases brought by Plaintiffs RFC and/or RESCAP Liquidating Trust shall be randomly assigned to a District Court Judge and Magistrate Judge as per the case assignment plan in this District and then transferred to the Consolidated Action.

Dated: January 27, 2015

                                         _s/Michael J. Davis_____
                                         MICHAEL J. DAVIS
                                         Chief Judge, U.S. District Court

        s/John R. Tunheim  
JOHN R. TUNHEIM  
Judge, U. S. District Court

        s/Ann D. Montgomery  
ANN D. MONTGOMERY  
Judge, U.S. District Court

        s/Donovan W. Frank  
DONOVAN W. FRANK  
Judge, U.S. District Court

        s/Joan N. Ericksen  
JOAN N. ERICKSEN  
Judge, U.S. District Court

        s/Patrick J. Schiltz  
PATRICK J. SCHILTZ  
Judge, U.S. District Court

        s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
Judge, U.S. District Court

        s/Donald D. Alsop  
DONALD D. ALSOP  
Senior Judge, U.S. District Court

        s/Paul A. Magnuson  
PAUL A. MAGNUSON  
Senior Judge, U.S. District Court

    s/David S. Doty
DAVID S. DOTY
Senior Judge, U.S. District Court


    s/Richard H. Kyle
RICHARD H. KYLE
Senior Judge, U.S. District Court