# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. GreenPoint Mortgage Funding, Inc., an affiliate of Capital One Bank, No. 13-cv-3538 (DWF/SER) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  February 24, 2015

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MURPHY & MCGONNIGAL, P.C. |
| By:   s/Isaac Nesser<br>Peter E. Calamari<br>David L. Elsberg<br>Isaac Nesser<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br> (212) 849-7000 | By:   s/Cameron S. Matheson<br>Cameron S. Matheson<br>James A. Murphy<br>Theodore R. Snyder, Esq.<br>4870 Sadler Road, Suite 301<br>Glen Allen, VA 23060<br>(804) 762-5332 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

736512.v1