# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation ) | ) File No. 13cv03451 (SRN/JJK/HB) |
| ) | ) |
| *This document relates to:* ) | ) **Order of Dismissal as to** |
| ResCap Liquidating Trust, as successor in ) | ) **Mortgage Advisory Group Only** |
| interest to GMAC Mortgage, LLC, f/k/a ) | |
| GMAC Mortgage Corporation v. Global ) | |
| Advisory Group, Inc., and Mortgage ) | |
| Advisory Group, No. 14-cv-4924 (DWF) ) | |
| _____ ) | |

Based upon the Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed by Plaintiff ResCap Liquidating Trust, as successor in interest to GMAC Mortgage, LLC, f/k/a GMAC Mortgage Corporation on March 18, 2015 [Docket No. 279],

**IT IS HEREBY ORDERED** that the Defendant Mortgage Advisory Group is dismissed without prejudice from the above-entitled action.

Dated: March 19, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge