# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

In Re: RFC and RESCAP Liquidating Trust Litigation

*This document relates only to*:
Residential Funding Company, LLC v. United Fidelity Funding Corp.,
No. 14-cv-00009 (SRN/JJK/HB)

Civil File No. 13-3451(SRN/JJK/HB)

**ORDER OF DISMISSAL**

___

The Court having been advised that the above-listed case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: May 12, 2015

 s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge