## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust, as successor in interest to GMAC Mortgage, LLC, f/k/a GMAC Mortgage Corporation v. Monarch Bank, No. 15-cv-66 (JRT/JSM) | **ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal with Prejudice [Docket No. 467], IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this case is hereby dismissed with prejudice and without attorneys' fees, costs and expenses to any of the parties to this action.

BY THE COURT:

Dated: May 21, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge