UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. Lake Forest Bank & Trust Company, No. 13-cv-3497 (PAM/FLN) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: June 18, 2015            FELHABER LARSON

By:   *s/ Donald G. Heeman*
    Donald G. Heeman, #286023
    Jessica J. Nelson, #347358
    220 South Sixth Street, Suite 2200
    Minneapolis, MN  55402-4504
    Telephone:  (612) 339-6321
    Facsimile:  (612) 338-0535
    dheeman@felhaber.com
    jnelson@felhaber.com

1

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>    Peter E. Calamari (*pro hac vice*)<br>    Isaac Nesser (*pro hac vice*)<br>    David Elsberg (*pro hac vice*)<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone:  (212) 849-7000<br>    Facsimile:  (212) 849-7100<br>    PeterCalamari@quinnemanuel.com<br>    IsaacNesser@quinnemanuel.com<br>    DavidElsberg@quinnemanuel.com<br><br>    Anthony P. Alden (*pro hac vice*)<br>    Johanna Ong (*pro hac vice*)<br>    Matthew R. Scheck (*pro hac vice*)<br>    865 Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone:  (213) 443-3000<br>    Facsimile:  (213) 443-3100<br>    AnthonyAlden@quinnemanuel.com<br>    JohannaOng@quinnemanuel.com<br>    MatthewScheck@quinnemanuel.com | CARPENTER LIPPS & LELAND LLP<br>    Jeffrey A. Lipps (*pro hac vice*)<br>    Jennifer A.L. Battle (*pro hac vice*)<br>    280 Plaza, Suite 1300<br>    280 North High Street<br>    Columbus, Ohio 43215<br>    Telephone:  (614) 365-4100<br>    Facsimile:  (614) 365-9145<br>    lipps@CarpenterLipps.com<br>    battle@CarpenterLipps.com |

*Attorneys for Plaintiff Residential Funding Company, LLC*

| | |
|---|---|
| SHOOK, HARDY & BACON L.L.P.<br><br><br>By:   *s/ Michael P. Conway*<br>Michael P. Conway<br>Amy Y. Cho<br>Daniel R. Fine<br>111 S. Wacker Drive<br>Chicago, IL  60606<br>Telephone:  (312) 704-7700<br>Facsimile:  (312) 558-1195<br>mconway@shb.com<br>acho@shb.com | ANTHONY OSTLUND BAER & LOUWAGIE P.A.<br>    Brooke D. Anthony (#0387559)<br>    Amelia R. Selvig (#0393392)<br>    90 South Seventh Street, Suite 3600<br>    Minneapolis, MN  55402<br>    Telephone:  (612) 349-6969<br>    Fax:  (612) 349-6996<br>    Email:  banthony@anthonyostlund.com<br>    aselvig@anthonyostlund.com |

*Attorneys for Defendant*