# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC and ResCap Liquidating Trust v. Community West Bank, N.A., No. 13-cv-3468 (JRT/JJK) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  June 15, 2015                FELHABER LARSON

By:   *s/ Donald G. Heeman*
       Donald G. Heeman, #286023
       Jessica J. Nelson, #347358
       220 South Sixth Street, Suite 2200
       Minneapolis, MN  55402-4504
       Telephone:  (612) 339-6321
       Facsimile:  (612) 338-0535
       dheeman@felhaber.com
       jnelson@felhaber.com

2

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CARPENTER LIPPS & LELAND LLP |
|---|---|
| Peter E. Calamari (*pro hac vice*) | Jeffrey A. Lipps (*pro hac vice*) |
| Isaac Nesser (*pro hac vice*) | Jennifer A.L. Battle (*pro hac vice*) |
| David Elsberg (*pro hac vice*) | 280 Plaza, Suite 1300 |
| 51 Madison Avenue, 22nd Floor | 280 North High Street |
| New York, NY 10010 | Columbus, Ohio 43215 |
| Telephone:  (212) 849-7000 | Telephone:  (614) 365-4100 |
| Facsimile:  (212) 849-7100 | Facsimile:  (614) 365-9145 |
| PeterCalamari@quinnemanuel.com | lipps@CarpenterLipps.com |
| IsaacNesser@quinnemanuel.com | battle@CarpenterLipps.com |
| DavidElsberg@quinnemanuel.com | |
| | |
| Anthony P. Alden (*pro hac vice*) | |
| Johanna Ong (*pro hac vice*) | |
| Matthew R. Scheck (*pro hac vice*) | |
| 865 Figueroa Street, 10th Floor | |
| Los Angeles, CA 90017 | |
| Telephone:  (213) 443-3000 | |
| Facsimile:  (213) 443-3100 | |
| AnthonyAlden@quinnemanuel.com | |
| JohannaOng@quinnemanuel.com | |
| MatthewScheck@quinnemanuel.com | |

*Attorneys for Plaintiffs Residential Funding Company, LLC
and ResCap Liquidating Trust*

| Dated:  June 15, 2015 | WINTHROP & WEINSTINE, P.A. |
|---|---|
| | |
| | By:   s/Michael A. Rosow |
| | Jeffrey R. Ansel, #0166224 |
| | Michael A. Rosow, #317998 |
| | 225 South Sixth Street, Suite 3500 |
| | Minneapolis, MN  55402-4629 |
| | Telephone:  (612) 604-6400 |
| | Facsimile:  (612) 604-6800 |
| | jansel@winthrop.com |
| | mrosow@winthrop.com |
| | |
| | *Attorneys for Defendant* |