## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. Central Pacific Homeloans, Inc., Central Pacific Bank, and Central Pacific Financial Corp., No. 13-cv-3476 (ADM/JSM) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that Plaintiff Residential Funding Company, LLC's action brought against Defendants Central Pacific Homeloans, Inc., Central Pacific Bank, and Central Pacific Financial Corporation in Court File Number 13-cv-3476 and consolidated in this action shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  September 1, 2015            FELHABER LARSON

                                                         By:   *s/ Jessica J. Nelson*
                                                            Donald G. Heeman, #286023
                                                            Jessica J. Nelson, #347358
                                                            220 South Sixth Street, Suite 2200
                                                            Minneapolis, MN  55402-4504
                                                            Telephone:  (612) 339-6321
                                                            Facsimile:  (612) 338-0535
                                                            dheeman@felhaber.com
                                                            jnelson@felhaber.com

816456.v2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Peter E. Calamari (*pro hac vice*)
    Isaac Nesser (*pro hac vice*)
    David Elsberg (*pro hac vice*)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone:  (212) 849-7000
    Facsimile:  (212) 849-7100
    PeterCalamari@quinnemanuel.com
    IsaacNesser@quinnemanuel.com
    DavidElsberg@quinnemanuel.com

    Anthony P. Alden (*pro hac vice*)
    Johanna Ong (*pro hac vice*)
    Matthew R. Scheck (*pro hac vice*)
    865 Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
    AnthonyAlden@quinnemanuel.com
    JohannaOng@quinnemanuel.com
    MatthewScheck@quinnemanuel.com

CARPENTER LIPPS & LELAND LLP
    Jeffrey A. Lipps (*pro hac vice*)
    Jennifer A.L. Battle (*pro hac vice*)
    280 Plaza, Suite 1300
    280 North High Street
    Columbus, Ohio 43215
    Telephone:  (614) 365-4100
    Facsimile:  (614) 365-9145
    lipps@CarpenterLipps.com
    battle@CarpenterLipps.com

*Attorneys for Plaintiff Residential Funding Company, LLC*

816456.v2

Dated:  September 1, 2015	HELLMUTH & JOHNSON, PLLC

By:  *s/ Carol R. M. Moss*
    Carol R. M. Moss, #0389202
    J. Robert Keena, #258817
    8050 West 78th Street
    Edina, MN 55439
    Telephone:  (952) 941-4005
    Facsimile:  (952) 941-2337
    jkeena@hjlawfirm.com
    cmoss@hjlawfirm.com

AMERICAN MORTGAGE LAW GROUP
James W. Brody (admitted *pro hac vice*)
Evans D. Prieston (admitted *pro hac vice*)
E. Page Allinson (admitted *pro hac vice*)
Jack V. Valinoti (admitted *pro hac vice*)
Andrew Steinfeld (admitted *pro hac vice*)
Daniel Taylor
75 Rowland Way, Suite 350
Novato, CA 94945
Telephone:  (415) 878-0030
Facsimile:  (415) 878-0035
Jbrody@americanmlg.com
eprieston@americanmlg.com
eallinson@americanmlg.com
jvalinoti@americanmlg.com
asteinfeld@americanmlg.com
dtaylor@americanmlg.com

*Attorneys for Defendants Central Pacific Homeloans, Inc., Central Pacific Bank, and Central Pacific Financial Corp.*