# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

**In Re: RFC and RESCAP Liquidating Trust Litigation**

Civil File No. 13-3451 (SRN/JJK/HB)

*This document relates to:*
*All Actions*

**ORDER**

_____

This matter is before the Court upon the letter dated October 15, 2015 submitted by Plaintiffs and certain Defendants in the above-captioned action [Doc. No. 967], proposing an amended schedule for the parties' submissions identifying any disagreements regarding their respective Rule 30(b)(6) depositions.  Certain other Defendants stated that they objected to the amendment of the schedule, and were given an opportunity to file a responsive letter outlining their objections.

The Court then received a call from Jonathan M. Jenkins, counsel for Sierra Pacific Mortgage Company, Inc., stating that he was withdrawing his objection to the proposed amended schedule.  Similarly, Gina Albertson, counsel for Lenox Financial Mortgage also has called to withdraw her objection to the proposed schedule.  No letters outlining objections from any other Defendants were filed in the time allotted.

Therefore, based on the letter submission, and all the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. The Court adopts the proposed amended schedule.

2. Both Plaintiffs and Defendants shall file today submissions setting forth their

respective positions on the scope of Rule 30(b)(6) and fact depositions of Plaintiffs.

3. Plaintiffs will disclose to Defendants today a list of issues that they intend to include in their submission regarding Rule 30(b)(6) depositions of Defendants; this list will identify each topic or issue on which there is a dispute and identify which Defendants are impacted by each issue.  Both Plaintiffs and Defendants shall file submissions on Monday, October 19, 2015 by 5:00 pm central time, setting out their respective positions on those issues.

Dated: October 15, 2015

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge