**quinn emanuel** trial lawyers | los angeles

865 South Figueroa Street, 10th Floor, Los Angeles, California 90017-2543 | TEL (213) 443-3000 FAX (213) 443-3100

WRITER'S DIRECT DIAL
**(213) 443-3206**

WRITER'S EMAIL ADDRESS
**daniellegilmore@quinnemanuel.com**

October 20, 2015

**VIA ECF**

| | |
|---|---|
| Honorable Susan Richard Nelson | Hon. Hildy Bowbeer |
| United States District Court Judge | United States Magistrate Judge |
| District of Minnesota | District of Minnesota |
| 774 Federal Building | 632 Federal Building |
| 316 N. Robert Street | 316 N. Robert Street |
| St. Paul, MN 55101 | St. Paul, MN 55101 |

Re:   *In Re RFC and ResCap Liquidating Trust Litigation*, No. 13-cv-3451 (SRN/JJK/HB)

Your Honors:

We write on behalf of the parties with an update regarding Joint Agenda item 3(b)—Deposition Protocol (ECF No. 981).  As identified on the Joint Agenda, the parties had intended to submit a finalized Joint Deposition Protocol today.  The parties have been diligently meeting and conferring to that end and have reached agreement or near-agreement on many provisions of the protocol.  However, the parties have not reached agreement on a handful of provisions due to outstanding disputes that are set forth in the parties' letter submissions, (*see* ECF Nos. 971, 973).  Resolution by the Court of these disputed deposition issues should narrow or resolve the outstanding disputes regarding the Joint Deposition Protocol.  The parties believe they can reach agreement and submit a Joint Deposition Protocol by no later than October 30, 2015.  The parties are prepared to discuss this issue at the October 22, 2015 status conference.

Respectfully submitted,

*/s/Danielle L. Gilmore*

Danielle L. Gilmore