# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In Re: RFC and RESCAP Liquidating Trust Litigation | Civil File No. 13-3451(SRN/JJK/HB) |
| | **ORDER OF DISMISSAL** |
| *This document relates only to*: Residential Funding Company, LLC v. Academy Mortgage Corporation, No. 13-cv-3451 (SRN/JJK/HB) | |

_____

The Court having been advised that the above-listed matter has been settled,

**IT IS ORDERED** that the action against Academy Mortgage Corporation is hereby dismissed, without prejudice. The Court reserves jurisdiction in the Academy Mortgage Corporation action for sixty (60) days from the date of this Order to permit any party to move to reopen the action, for good cause shown.

The Court's civil case file 13-cv-3451 (SRN/JJK/HB) will continue to remain open for filings in the consolidated RFC/RESCAP Liquidating Trust litigation.

Dated: October 30, 2015

                                                 s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Court Judge