# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and RESCAP Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. Homestead Funding Corp., No. 13-cv-3520 | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that Plaintiff Residential Funding Company, LLC's action brought against Defendant Homestead Funding Corp., in Court File Number 13-cv-3520 and consolidated in this action shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  November 4, 2015

2

| FELHABER LARSON | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: *s/ Donald G. Heeman* <br> Donald G. Heeman, #286023 <br> Jessica J. Nelson, #347358 <br> 220 South Sixth Street, Suite 2200 <br> Minneapolis, MN  55402-4504 <br> Telephone:  (612) 339-6321 <br> Facsimile:  (612) 338-0535 <br> dheeman@felhaber.com <br> jnelson@felhaber.com | Peter E. Calamari (*pro hac vice*) <br> Isaac Nesser (*pro hac vice*) <br> David Elsberg (*pro hac vice*) <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone:  (212) 849-7000 <br> Facsimile:  (212) 849-7100 <br> PeterCalamari@quinnemanuel.com <br> IsaacNesser@quinnemanuel.com <br> DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP <br> Jeffrey A. Lipps (*pro hac vice*) <br> Jennifer A.L. Battle (*pro hac vice*) <br> 280 Plaza, Suite 1300 <br> 280 North High Street <br> Columbus, Ohio 43215 <br> Telephone:  (614) 365-4100 <br> Facsimile:  (614) 365-9145 <br> lipps@CarpenterLipps.com <br> battle@CarpenterLipps.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Anthony P. Alden (*pro hac vice*) <br> Johanna Ong (*pro hac vice*) <br> 865 Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone:  (213) 443-3000 <br> Facsimile:  (213) 443-3100 <br> AnthonyAlden@quinnemanuel.com <br> JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff Residential Funding Company, LLC*

Dated: November 4, 2015                ANTHONY OSTLUND BAER & LOUWAGIE

By:   *s/ Arthur G. Boylan*
      Arthur G. Boylan, #338229
      Amelia R. Selvig, #393392
      90 South 7th Street
      3600 Wells Fargo Center
      Minneapolis, MN  55402
      Telephone:  (612) 349-6969
      aboylan@anthonyostlund.com
      aselvig@anthonyostlund.com

      ATTORNEYS FOR HOMESTEAD
      FUNDING CORP.

852186.v1