# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and RESCAP Liquidating Trust Litigation | Case No: 13-cv-03451 (SRN/JJK/HB) |
| *Original Case:*<br>*Residential Funding Company, LLC*<br>*v.*<br>*Lenox Financial Mortgage Corporation*<br>*Case No. 13-cv-03495 (ADM/FLN)* | **STIPULATION BETWEEN PLAINTIFF AND DEFENDANT LENOX FINANCIAL MORTGAGE CORPORATION REGARDING SETTLEMENT DISCUSSIONS AND MOTION TO AMEND ANSWER AND FILE COUNTERCLAIMS** |

The undersigned parties, Plaintiff Residential Funding Company, LLC and the ResCap Liquidating Trust (hereinafter collectively, "Plaintiff") and Defendant Lenox Financial Mortgage Corporation (hereinafter, "Lenox," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Defendant Lenox Financial Mortgage Corporation ("Lenox") had intended to file a Motion for Leave to File an Amended Answer and Counterclaims to Plaintiff's First Amended Complaint (hereinafter, the "Motion") no later than December 31, 2015, pursuant to the Parties previously agreed upon briefing schedule, and to set it for hearing on January 20, 2016;

1

WHEREAS, in light of the Parties' desire to continue to engage in settlement discussions, Lenox has agreed not to file its Motion for hearing on January 20, 2016, and in the event the Motion is ultimately filed, Plaintiff has agreed not to argue the untimeliness of the Motion based on Lenox's agreement not to file the Motion in time to be heard on January 20, 2016; and

WHEREAS, Plaintiff reserves all rights to oppose Lenox's Motion on any other procedural and substantive grounds, including Lenox's failure to file the Motion before December 14, 2015, but otherwise agrees that Lenox should not be prejudiced by engaging in settlement discussions in lieu of bringing the Motion for hearing on January 20, 2016, or otherwise having any potential Rule 12 motion set after the other Defendants' counterclaims are challenged.

IT IS THEREFORE STIPULATED BY THE PARTIES AS FOLLOWS:

1. Lenox will not file a Motion for Leave to File an Amended Answer and Counterclaims to Plaintiff's First Amended Complaint (the "Motion") in time to be heard on January 20, 2016;

2. In the event Lenox subsequently files its Motion, Plaintiff will not argue the untimeliness of the Motion based on Lenox's agreement not to file the Motion for hearing on January 20, 2016; and

3. Plaintiff's rights to oppose the Motion on all other grounds are hereby preserved, including Lenox's failure to file the Motion before

December 14, 2015, but Lenox shall not be prejudiced by engaging in settlement discussions in lieu of bringing the Motion for hearing on January 20, 2016, or otherwise having any potential Rule 12 motion set after the other Defendants' counterclaims are challenged.

IT IS SO STIPULATED.

Dated: January 3, 2016

| | |
|---|---|
| FELHABER LARSON<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN  55402-4504<br>Telephone:  (612) 339-6321<br>Facsimile:  (612) 338-0535<br>dheeman@felhaber.com<br>jnelson@felhaber.com<br><br>CARPENTER LIPPS & LELAND LLP<br>Jeffrey A. Lipps (admitted *pro hac vice*)<br>Jennifer A.L. Battle (admitted *pro hac vice*)<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Telephone:  (614) 365-4100<br>Facsimile:  (614) 365-9145<br>lipps@CarpenterLipps.com<br>battle@CarpenterLipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>Peter E. Calamari (admitted *pro hac vice*)<br>Isaac Nesser (admitted *pro hac vice*)<br>David Elsberg (admitted *pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br>PeterCalamari@quinnemanuel.com<br>IsaacNesser@quinnemanuel.com<br>DavidElsberg@quinnemanuel.com<br><br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>By: s/ Anthony P. Alden<br>Anthony P. Alden (admitted *pro hac vice*)<br>Johanna Ong (admitted *pro hac vice*)<br>865 Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br>AnthonyAlden@quinnemanuel.com<br>JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff Residential Funding Company, LLC and the ResCap Liquidating Trust*

3

*Stipulation between Plaintiff and Defendant Lenox Financial Mortgage Corporation Regarding Settlement Discussions and Motion to File Amended Answer and Counterclaims continued.*

                          ALBERTSON LAW

By: s/ Gina L. Albertson
     Gina L. Albertson (admitted *pro hac vice* CA# 216960)
     2082 Michelson Drive, Suite 100-R
     Irvine, California  92612
     Telephone: (949) 825-5214
     Facsimile: (949) 825-5211
     galbertson@albertsonlaw.org

     MARTIN & SQUIRES, P.A.
     Michael D. O'Neill (#19931X)
     1st National Bank Building
     332 Minnesota Street, Suite W2750
     St. Paul, Minnesota  55101
     Telephone: 651-767-3740
     Facsimile: 651-228-9161
     mdoneill@martinsquires.com
     **ATTORNEYS FOR DEFENDANT LENOX FINANCIAL MORTGAGE CORPORATION**