**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC and ResCap Liquidating Trust v. T.J. Financial, Inc., No. 13-cv-3515 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: January 8, 2016.

2

| | |
|---|---|
| FELHABER LARSON<br><br>By:  *s/ Donald G. Heeman*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    220 South Sixth Street, Suite 2200<br>    Minneapolis, MN  55402-4504<br>    Telephone:  (612) 339-6321<br>    Facsimile:  (612) 338-0535<br>    dheeman@felhaber.com<br>    jnelson@felhaber.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Peter E. Calamari (*pro hac vice*)<br>    Isaac Nesser (*pro hac vice*)<br>    David Elsberg (*pro hac vice*)<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone:  (212) 849-7000<br>    Facsimile:  (212) 849-7100<br>    PeterCalamari@quinnemanuel.com<br>    IsaacNesser@quinnemanuel.com<br>    DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>    Jeffrey A. Lipps (*pro hac vice*)<br>    Jennifer A.L. Battle (*pro hac vice*)<br>    280 Plaza, Suite 1300<br>    280 North High Street<br>    Columbus, Ohio 43215<br>    Telephone:  (614) 365-4100<br>    Facsimile:  (614) 365-9145<br>    lipps@CarpenterLipps.com<br>    battle@CarpenterLipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Anthony P. Alden (*pro hac vice*)<br>    Johanna Ong (*pro hac vice*)<br>    865 Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone:  (213) 443-3000<br>    Facsimile:  (213) 443-3100<br>    AnthonyAlden@quinnemanuel.com<br>    JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiffs Residential Funding Company, LLC*
*and ResCap Liquidating Trust*

Dated:  January 8, 2016

GREENE ESPEL LLLP

By:  *s/ Erin Sindberg Porter*
    Erin Sindberg Porter, #388345
    Janine W. Kimble, #392032
    222 S. Ninth Street, Suite 2200
    Minneapolis, MN 55402
    erinsindbergporter@greeneespel.com
    jkimble@greeneespel.com
    Telephone: (612) 373-0830

*Attorneys for Defendant T.J. Financial, Inc.*