# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. Cornerstone Home Lending, Inc. f/k/a Cornerstone Mortgage Company, No. 13-cv-3504 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: March 21, 2016

1211514.v1

| | |
|---|---|
| FELHABER LARSON<br><br>By:  *s/ Donald G. Heeman*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    220 South Sixth Street, Suite 2200<br>    Minneapolis, MN  55402-4504<br>    Telephone:  (612) 339-6321<br>    Facsimile:  (612) 338-0535<br>    dheeman@felhaber.com<br>    jnelson@felhaber.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Peter E. Calamari (*pro hac vice*)<br>    Isaac Nesser (*pro hac vice*)<br>    David Elsberg (*pro hac vice*)<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone:  (212) 849-7000<br>    Facsimile:  (212) 849-7100<br>    PeterCalamari@quinnemanuel.com<br>    IsaacNesser@quinnemanuel.com<br>    DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>    Jeffrey A. Lipps (*pro hac vice*)<br>    Jennifer A.L. Battle (*pro hac vice*)<br>    280 Plaza, Suite 1300<br>    280 North High Street<br>    Columbus, Ohio 43215<br>    Telephone:  (614) 365-4100<br>    Facsimile:  (614) 365-9145<br>    lipps@CarpenterLipps.com<br>    battle@CarpenterLipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Anthony P. Alden (*pro hac vice*)<br>    Johanna Ong (*pro hac vice*)<br>    865 S. Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone:  (213) 443-3000<br>    Facsimile:  (213) 443-3100<br>    AnthonyAlden@quinnemanuel.com<br>    JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff Residential Funding Company, LLC*

3

| SUSMAN GODFREY L.L.P. | BRIGGS AND MORGAN, P.A. |
|---|---|
| | Alan H. Maclin, #66102 |
| By: *s/ Erica W. Harris* | Mark G. Schroeder, #171530 |
| Neal S. Manne (*pro hac vice*) | Daniel J. Supalla, #0387064 |
| Erica W. Harris (*pro hac vice*) | 2200 IDS Center |
| Weston L. O'Black (*pro hac vice*) | 80 South Eighth Street |
| 1000 Louisiana Street, Suite 5100 | Minneapolis, MN  55402 |
| Houston, TX 77002-5096 | Telephone:  (612) 977-8400 |
| Telephone:  (713) 651-9366 | Facsimile:  (612) 977-8650 |
| Facsimile:  (713) 654-6666 | amaclin@briggs.com |
| nmanne@susmangodfrey.com | mschroeder@briggs.com |
| eharris@susmangodfrey.com | dsupalla@briggs.com |
| woblack@susmangodfrey.com | |

*Attorneys for Defendant Cornerstone Home Lending, Inc.*