# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/JJK/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC and ResCap Liquidating Trust v. Fremont Bank, No. 13-cv-3470 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  April 27, 2016

| FELHABER LARSON | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: *s/ Donald G. Heeman*<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN  55402-4504<br>Telephone:  (612) 339-6321<br>Facsimile:  (612) 338-0535<br>dheeman@felhaber.com<br>jnelson@felhaber.com | Peter E. Calamari (*pro hac vice*)<br>Isaac Nesser (*pro hac vice*)<br>David Elsberg (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br>PeterCalamari@quinnemanuel.com<br>IsaacNesser@quinnemanuel.com<br>DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Jeffrey A. Lipps (*pro hac vice*)<br>Jennifer A.L. Battle (*pro hac vice*)<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Telephone:  (614) 365-4100<br>Facsimile:  (614) 365-9145<br>lipps@CarpenterLipps.com<br>battle@CarpenterLipps.com | Anthony P. Alden (*pro hac vice*)<br>Johanna Ong (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br>AnthonyAlden@quinnemanuel.com<br>JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiffs Residential Funding Company, LLC
and ResCap Liquidating Trust*

Dated: April 27, 2016

LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.

By: *s/ James M. Jorissen*
James M. Jorissen, #262833
Eldon J. Spencer, #104085
Stacey L. Drentlaw, #0285201
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: (612) 332-1030
Facsimile: (612) 332-2740
jjorissen@losgs.com
espencer@losgs.com
sdrentlaw@losgs.com
*Attorneys for Defendant Fremont Bank*