IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Case No. 13-cv-3451 (SRN/HB) |
| **This document relates to:** *Residential Funding Company, LLC v. Impac Funding Corp.*, Case No. 13-CV-03506 | **DEFENDANT IMPAC FUNDING CORP.'S MOTION TO CERTIFY ORDER FOR INTERLOCUTORY REVIEW** |

Defendant Impac Funding Corp. ("Impac"), moves the Court an Order granting Impac's Motion to Certify Order for Interlocutory Review. Impac files its notice of hearing, memorandum of law, affidavit, and proposed order in support of this motion herewith. This motion is based on all the files, pleadings, and records in this case, as well as the memorandum of law, all affidavits and exhibits, and the proposed order pursuant to Local Rule 7.1.

Dated:  June 1, 2016

**GREENE ESPEL PLLP**

           s/ Janine W. Kimble          
Erin Sindberg Porter, Reg. No. 388345
Katherine M. Swenson, Reg. No. 0389280
Janine W. Kimble, Reg. No. 392032
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
Telephone:    (612) 373-0830
Facsimile:     (612) 373-0929
ESindbergPorter@GreeneEspel.com
KSwenson@GreeneEspel.com
JKimble@GreeneEspel.com

*Attorneys for Defendant Impac Funding Corp.*