## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. DB Structured Products, Inc. and MortgageIT, Inc., No. 14-cv-143 | **ORDER** |

    Pursuant to the parties' Stipulation of Dismissal with Prejudice [Doc. No. 1628], IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), case No. 14-cv-143 (SRN/HB) is hereby dismissed with prejudice and without attorneys' fees, costs and expenses to any of the parties to this action.

DATED:  June 24, 2016

                                                 s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Judge