# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. Broadview Mortgage Corp., File No. 13-cv-3463 | **ORDER** |

The Court having been advised that the above case has been settled,

IT IS ORDERED that this action is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: June 23, 2016

                                                    s/Susan Richard Nelson
                                                    SUSAN RICHARD NELSON
                                                    United States District Judge