**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*  Residential Funding Company, LLC v. Wallick & Volk, Inc., No. 13-cv-3512 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  June 28, 2016

1476684.v1

| | |
|---|---|
| FELHABER LARSON<br><br>By:  *s/ Donald G. Heeman*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    220 South Sixth Street, Suite 2200<br>    Minneapolis, MN  55402-4504<br>    Telephone:  (612) 339-6321<br>    Facsimile:  (612) 338-0535<br>    dheeman@felhaber.com<br>    jnelson@felhaber.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Peter E. Calamari (*pro hac vice*)<br>    Isaac Nesser (*pro hac vice*)<br>    David Elsberg (*pro hac vice*)<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone:  (212) 849-7000<br>    Facsimile:  (212) 849-7100<br>    PeterCalamari@quinnemanuel.com<br>    IsaacNesser@quinnemanuel.com<br>    DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>    Jeffrey A. Lipps (*pro hac vice*)<br>    Jennifer A.L. Battle (*pro hac vice*)<br>    280 Plaza, Suite 1300<br>    280 North High Street<br>    Columbus, Ohio 43215<br>    Telephone:  (614) 365-4100<br>    Facsimile:  (614) 365-9145<br>    lipps@CarpenterLipps.com<br>    battle@CarpenterLipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Anthony P. Alden (*pro hac vice*)<br>    Johanna Ong (*pro hac vice*)<br>    865 S. Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone:  (213) 443-3000<br>    Facsimile:  (213) 443-3100<br>    AnthonyAlden@quinnemanuel.com<br>    JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff Residential Funding Company, LLC*

Dated: June 28, 2016          HELLMUTH & JOHNSON, PLLC

By: *s/ Carol R.M. Moss*
J. Robert Keena, #258817
Carol R. M. Moss, #0389202
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
jkeena@hjlawfirm.com
cmoss@hjlawfirm.com

AMERICAN MORTGAGE LAW GROUP
James W. Brody (admitted *pro hac vice*)
Evans D. Prieston (admitted *pro hac vice*)
E. Page Allinson (admitted *pro hac vice*)
Jack V. Valinoti (admitted *pro hac vice*)
Andrew Steinfeld (admitted *pro hac vice*)
75 Rowland Way, Suite 350
Novato, CA 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035
Jbrody@americanmlg.com
eprieston@americanmlg.com
eallinson@americanmlg.com
jvalinoti@americanmlg.com
asteinfeld@americanmlg.com

ATTORNEYS FOR DEFENDANT
WALLICK & VOLK, INC.

1476684.v1