# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. CMG Mortgage, Inc., No. 14-cv-3522 | **ORDER** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice [Doc. No. 1681 in 13-cv-3451], IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Case No. 14-cv-3522 is hereby dismissed with prejudice and without attorneys' fees, costs and expenses to any of the parties to this action.

DATED: July 20, 2016

                                                    s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge