## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In Re: RFC and RESCAP Liquidating Trust Litigation | Civil File No. 13-3451(SRN/HB) |

**ORDER**

This document relates to
Residential Funding Company, LLC v.
Home Loan Center, Inc.

_____

Isaac Nesser, Quinn, Emanuel, Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, for Plaintiffs

Matthew V. Johnson, Williams & Connolly, LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005-5901, for Defendant Home Loan Center, Inc.

_____

SUSAN RICHARD NELSON, United States District Judge

Before the Court is the July 22, 2016 letter [Doc. No. 1689] from Matthew Johnson, counsel for Defendant Home Loan Center, Inc. ("Home Loan Center"), and the July 25, 2016 letter in response [Doc. No. 1690] from Isaac Nesser, counsel for Plaintiffs RFC and the RESCAP Liquidating Trust.

In his letter, Mr. Johnson refers to a dispute between the parties concerning Plaintiffs' proposal to serve revised supplemental interim reunderwriting findings on Home Loan Center, which would then require Home Loan Center to provide a rebuttal in response. (Def.'s Letter of 7/22/16 at 1.)  Home Loan Center objects to Plaintiffs' request. (Id.)

Although this dispute was not on the agenda at the July 19, 2016 status conference, counsel for Home Loan Center raised the matter at that time. At the status conference, the Court advised the parties to continue their efforts to resolve this dispute through the meet and confer process, but if those efforts proved unsuccessful, to raise the issue through the IDR process or formal motion practice.

In the interim, Home Loan Center now requests that the Court order Plaintiffs to discontinue their work on the revised supplemental interim reunderwriting findings until the resolution of the parties' dispute. (Def.'s Letter of 7/22/16 at 1.) Plaintiffs, however, object to Home Loan Center's request, arguing that Home Loan Center essentially seeks an improper temporary restraining order. (Pls.' Resp. Letter at 1.)

At this time, the Court is not in a position to judge the facts behind this apparent misunderstanding between the parties. Accordingly, Home Loan Center's request for relief [Doc. No. 1689] is denied. As the Court stated at the July 19 status conference, Home Loan Center is free to raise this issue by way of the IDR process with Judge Bowbeer or through formal motion practice, with a full record.

Dated: July 26, 2016

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge