# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. First California Mortgage Company, No. 13-cv-03453 | **ORDER** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice [Doc. No. 1824], IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Case No. 13-cv-03453 is hereby dismissed with prejudice and without attorneys' fees, costs and expenses to any of the parties to this action.

DATED: October 12, 2016

                                         s/Susan Richard Nelson
                                         SUSAN RICHARD NELSON
                                         United States District Judge