# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC and ResCap Liquidating Trust v. Golden Empire Mortgage, Inc., No. 13-cv-3466 | **ORDER** |

   Pursuant to the parties' Stipulation of Dismissal with Prejudice [Doc. No. 1826 in 13cv3451], IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), case No. 13-cv-3466 is hereby dismissed with prejudice and without attorneys' fees, costs and expenses to any of the parties to this action.

DATED: October 12, 2016     s/Susan Richard Nelson  
                 SUSAN RICHARD NELSON  
                 United States District Judge