**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation<br><br>*This document relates to:*<br><br>Residential Funding Company, LLC v. Americash, No. 13-cv-3460 | Court File No. 13-cv-3451 (SRN/HB)<br><br>**STIPULATION TO RESERVE JURISDICTION** |

On June 14, 2016, the parties settled the above-captioned action with the assistance of Retired Magistrate Judge Keyes.

The parties subsequently notified the Court of their settlement.

On August 15, 2016, the Court entered an Order (Doc. 1726) (the "Order") in the above-captioned action, dismissing this action without prejudice.

Pursuant to the Order, the Court reserved jurisdiction for sixty days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

The parties are still negotiating the terms of the written Settlement and Release Agreement (the "Settlement Agreement) and request 30 additional days to finalize same before the above-captioned action can be finally dismissed.

The parties, by and through their undersigned counsel, hereby stipulate that the Court should amend the Order to extend the period of time that the Court reserves jurisdiction to November 13, 2016.

1

Dated: October 13, 2016

| FELHABER LARSON | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: *s/ Donald G. Heeman*<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN 55402-4504<br>Telephone: (612) 339-6321<br>Facsimile: (612) 338-0535<br>dheeman@felhaber.com<br>jnelson@felhaber.com | Peter E. Calamari (*pro hac vice*)<br>Isaac Nesser (*pro hac vice*)<br>David Elsberg (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>PeterCalamari@quinnemanuel.com<br>IsaacNesser@quinnemanuel.com<br>DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>Jeffrey A. Lipps (*pro hac vice*)<br>Jennifer A.L. Battle (*pro hac vice*)<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Telephone: (614) 365-4100<br>Facsimile: (614) 365-9145<br>lipps@CarpenterLipps.com<br>battle@CarpenterLipps.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Anthony P. Alden (*pro hac vice*)<br>Johanna Ong (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>AnthonyAlden@quinnemanuel.com<br>JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff Residential Funding Company, LLC*

Dated:  October 13, 2016             LEONARD, O'BRIEN,
                                                                     SPENCER, GALE & SAYRE, LTD.

                                                                       By:  *s/ James M. Jorissen*
                                                                            James M. Jorissen, #262833
                                                                            Stacey L. Drentlaw, #285201
                                                                            100 South Fifth Street, Suite 2500
                                                                            Minneapolis, MN  55402
                                                                            Telephone: (612) 332-1030
                                                                            Facsimile: (612) 332-2740
                                                                            jjorissen@losgs.com
                                                                            sdrentlaw@losgs.com

                                                                      ATTORNEYS FOR DEFENDANT AMERICASH