**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No.: 13-CV-03451-SRN-HB |
| This document relates to:<br><br>*Residential Funding Company, LLC v. Mortgage Access Corp., d/b/a Weichert Financial Services*, No. 13-cv-3499 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  October 17, 2016

1

FELHABER LARSON

By:   /s/ *Donald G. Heeman*
　　Donald G. Heeman, #286023
　　Jessica J. Nelson, #347358
　　220 South Sixth Street, Suite 2200
　　Minneapolis, MN  55402-4504
　　Telephone:  (612) 339-6321
　　Facsimile:  (612) 338-0535
　　dheeman@felhaber.com
　　jnelson@felhaber.com

CARPENTER LIPPS & LELAND LLP
　　Jeffrey A. Lipps (*pro hac vice*)
　　Jennifer A.L. Battle (*pro hac vice*)
　　280 Plaza, Suite 1300
　　280 North High Street
　　Columbus, Ohio 43215
　　Telephone:  (614) 365-4100
　　Facsimile:  (614) 365-9145
　　lipps@CarpenterLipps.com
　　battle@CarpenterLipps.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
　　Peter E. Calamari (*pro hac vice*)
　　Isaac Nesser (*pro hac vice*)
　　David Elsberg (*pro hac vice*)
　　51 Madison Avenue, 22nd Floor
　　New York, NY 10010
　　Telephone:  (212) 849-7000
　　Facsimile:  (212) 849-7100
　　PeterCalamari@quinnemanuel.com
　　IsaacNesser@quinnemanuel.com
　　DavidElsberg@quinnemanuel.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
　　Anthony P. Alden (*pro hac vice*)
　　Johanna Ong (*pro hac vice*)
　　865 S. Figueroa Street, 10th Floor
　　Los Angeles, CA 90017
　　Telephone:  (213) 443-3000
　　Facsimile:  (213) 443-3100
　　AnthonyAlden@quinnemanuel.com
　　JohannaOng@quinnemanuel.com

*Attorneys for Plaintiff ResCap Liquidating Trust*

Dated:  October 17, 2016

By:  /s/ *Carol R. M. Moss*

HELLMUTH & JOHNSON, PLLC

    J. Robert Keena, #258817
    Carol R. M. Moss, #0389202
    8050 West 78th Street
    Edina, MN 55439
    Telephone:  (952) 941-4005
    Facsimile:  (952) 941-2337
    jkeena@hjlawfirm.com
    cmoss@hjlawfirm.com

AMERICAN MORTGAGE LAW GROUP

    James W. Brody (admitted *pro hac vice*)
    Jack V. Valinoti (admitted *pro hac vice*)
    E. Page Allinson (admitted *pro hac vice*)
    75 Rowland Way, Suite 350
    Novato, CA 94945
    Telephone:  (415) 878-0030
    Facsimile:  (415) 878-0035
    Jbrody@americanmlg.com
    jvalinoti@americanmlg.com
    eallinson@americanmlg.com

ATTORNEYS FOR DEFENDANT
MORTGAGE ACCESS CORPORATION,
D/B/A WEICHERT FINANCIAL SERVICES