**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. Branch Banking & Trust Co., No. 13-cv-3513 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: October 31, 2016

1

1721251.v1

2

| FELHABER LARSON | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: *s/ Donald G. Heeman*<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN 55402-4504<br>Telephone: (612) 339-6321<br>Facsimile: (612) 338-0535<br>dheeman@felhaber.com<br>jnelson@felhaber.com | Peter E. Calamari (*pro hac vice*)<br>Isaac Nesser (*pro hac vice*)<br>David Elsberg (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>PeterCalamari@quinnemanuel.com<br>IsaacNesser@quinnemanuel.com<br>DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>Jeffrey A. Lipps (*pro hac vice*)<br>Jennifer A.L. Battle (*pro hac vice*)<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Telephone: (614) 365-4100<br>Facsimile: (614) 365-9145<br>lipps@CarpenterLipps.com<br>battle@CarpenterLipps.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Anthony P. Alden (*pro hac vice*)<br>Johanna Ong (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>AnthonyAlden@quinnemanuel.com<br>JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff Residential Funding Company, LLC*

2

1721251.v1

Dated: October 31, 2016

MCGUIREWOODS LLP

By: *s/ Jason D. Evans*
    William C. Mayberry (*pro hac vice*)
    Jason D. Evans (*pro hac vice*)
    Andrew Atkins (*pro hac vice*)
    201 N. Tryon Street
    Charlotte, North Carolina  28202
    Telephone:  (704) 343-2000
    Facsimile:  (704) 343-2300
    BMayberry@mcguirewoods.com
    JEvans@mcguirewoods.com
    AAtkins@mcguirewoods.com

LINDQUIST & VENNUM LLP
    Mark A. Jacobson, #188943
    Kelly G. Laudon, #036854
    4200 IDS Center
    80 South Eighth Street
    Minneapolis, MN  55402-2274
    Telephone:  (612) 371-3211
    Facsimile:  (612) 371-3207
    mjacobson@lindquist.com
    klaudon@lindquist.com

*Attorneys for Brank Banking & Trust Company*