UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC and ResCap Liquidating Trust v. Mortgage Capital Associates, Inc., No. 13-cv-3492 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  November 14, 2016

1

FELHABER LARSON

By:   *s/ Donald G. Heeman*
    Donald G. Heeman, #286023
    Jessica J. Nelson, #347358
    220 South Sixth Street, Suite 2200
    Minneapolis, MN  55402-4504
    Telephone:  (612) 339-6321
    Facsimile:  (612) 338-0535
    dheeman@felhaber.com
    jnelson@felhaber.com

CARPENTER LIPPS & LELAND LLP
    Jeffrey A. Lipps (*pro hac vice*)
    Jennifer A.L. Battle (*pro hac vice*)
    280 Plaza, Suite 1300
    280 North High Street
    Columbus, Ohio 43215
    Telephone:  (614) 365-4100
    Facsimile:  (614) 365-9145
    lipps@CarpenterLipps.com
    battle@CarpenterLipps.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Peter E. Calamari (*pro hac vice*)
    Isaac Nesser (*pro hac vice*)
    David Elsberg (*pro hac vice*)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone:  (212) 849-7000
    Facsimile:  (212) 849-7100
    PeterCalamari@quinnemanuel.com
    IsaacNesser@quinnemanuel.com
    DavidElsberg@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
    Anthony P. Alden (*pro hac vice*)
    Johanna Ong (*pro hac vice*)
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
    AnthonyAlden@quinnemanuel.com
    JohannaOng@quinnemanuel.com

*Attorneys for Plaintiffs Residential Funding Company, LLC*
*and ResCap Liquidating Trust*

Dated: November 14, 2016

BILZIN SUMBERG BAENA PRICE & AXELROD, LLP

By: *s/ Anthony Narula*
Philip R. Stein (admitted *pro hac vice*)
Shalia Sakona (admitted *pro hac vice*)
Anthony Narula (admitted *pro hac vice*)
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
(305) 374-7580
pstein@bilzin.com
ssakona@bilzin.com
anarula@bilzin.com

ANTHONY OSTLUND BAER & LOUWAGIE, P.A.
Joseph W. Anthony, #2872
Brooke D. Anthony, #387559
Amelia R. Selvig, #393392
90 South Seventh Street, Suite 3600
Minneapolis, MN 55402
(612) 349-6969
janthony@anthonyostlund.com
banthony@anthonyostlund.com
aselvig@anthonyostlund.com

ATTORNEYS FOR DEFENDANT MORTGAGE CAPITAL ASSOCIATES, INC.