# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. PHH Mortgage Corp., No. 14-cv-4701 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  November 15, 2016

1

1716215.v1

2

| FELHABER LARSON | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By:   *s/ Donald G. Heeman*<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN 55402-4504<br>Telephone: (612) 339-6321<br>Facsimile: (612) 338-0535<br>dheeman@felhaber.com<br>jnelson@felhaber.com | Peter E. Calamari (*pro hac vice*)<br>Isaac Nesser (*pro hac vice*)<br>David Elsberg (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>PeterCalamari@quinnemanuel.com<br>IsaacNesser@quinnemanuel.com<br>DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| Jeffrey A. Lipps (*pro hac vice*)<br>Jennifer A.L. Battle (*pro hac vice*)<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Telephone: (614) 365-4100<br>Facsimile: (614) 365-9145<br>lipps@CarpenterLipps.com<br>battle@CarpenterLipps.com | Anthony P. Alden (*pro hac vice*)<br>Johanna Ong (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>AnthonyAlden@quinnemanuel.com<br>JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff/Counterdefendant ResCap Liquidating Trust*

Dated: November 15, 2016

| WEINER BRODSKY KEIDER PC | MASLON LLP |
|---|---|
| By:   *s/ Joseph M. Katz*<br>Joseph M. Katz (admitted *pro hac vice*)<br>David M. Souders (admitted *pro hac vice*)<br>Tessa K. Somers (admitted *pro hac vice*)<br>1300 19th Street NW, Fifth Floor<br>Washington, DC 20036<br>Telephone: (202) 628-2000<br>Facsimile: (202) 628-2011<br>katz@thewbkfirm.com<br>souders@thewbkfirm.com<br>somers@thewbkfirm.com | David T. Schultz, #169730<br>Nicole E. Narotzky, #329885<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Telephone: (612) 672-8399<br>Facsimile: (612) 642-8399<br>david.schultz@maslon.com<br>nicole.narotzky@maslon.com |

*Attorneys for Defendant PHH Mortgage Corporation*

1716215.v1