1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC and ResCap Liquidating Trust v. Cherry Creek Mortgage Co., Inc., No. 13-cv-3449 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  November 16, 2016

1494528.v1

| FELHABER LARSON | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: *s/ Donald G. Heeman* <br> Donald G. Heeman, #286023 <br> Jessica J. Nelson, #347358 <br> 220 South Sixth Street, Suite 2200 <br> Minneapolis, MN  55402-4504 <br> Telephone:  (612) 339-6321 <br> Facsimile:  (612) 338-0535 <br> dheeman@felhaber.com <br> jnelson@felhaber.com | Peter E. Calamari (*pro hac vice*) <br> Isaac Nesser (*pro hac vice*) <br> David Elsberg (*pro hac vice*) <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone:  (212) 849-7000 <br> Facsimile:  (212) 849-7100 <br> PeterCalamari@quinnemanuel.com <br> IsaacNesser@quinnemanuel.com <br> DavidElsberg@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP <br> Jeffrey A. Lipps (*pro hac vice*) <br> Jennifer A.L. Battle (*pro hac vice*) <br> 280 Plaza, Suite 1300 <br> 280 North High Street <br> Columbus, Ohio 43215 <br> Telephone:  (614) 365-4100 <br> Facsimile:  (614) 365-9145 <br> lipps@CarpenterLipps.com <br> battle@CarpenterLipps.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> Anthony P. Alden (*pro hac vice*) <br> Johanna Ong (*pro hac vice*) <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> Telephone:  (213) 443-3000 <br> Facsimile:  (213) 443-3100 <br> AnthonyAlden@quinnemanuel.com <br> JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiffs Residential Funding Company, LLC  
and ResCap Liquidating Trust*

Dated: November 16, 2016    LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.

By:   *s/ James M. Jorissen*
     James M. Jorissen, #262833
     Eldon J. Spencer, #104085
     Stacey L. Drentlaw, #0285201
     100 South Fifth Street, Suite 2500
     Minneapolis, MN 55402
     Telephone: (612) 332-1030
     Facsimile: (612) 332-2740
     jjorissen@losgs.com
     espencer@losgs.com
     sdrentlaw@losgs.com

     ATTORNEYS FOR DEFENDANT CHERRY CREEK MORTGAGE CO., INC.