# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and RESCAP Liquidating Trust Actions | Civil File No. 13-3451 (SRN/HB) |
| | **ORDER** |
| This Order relates to all actions | |

SUSAN RICHARD NELSON

    Before the Court is a request for clarification of this Court's December 15, 2016 ruling, (see 12/15/16 Minutes at 2-3 [Doc. No. 2059]), on Defendants' Motion to Compel Limited Additional Deposition Testimony [Doc. No. 2010]. (See Pl.'s & Defs.' Letters of 12/30/16 [Doc. Nos. 2079 & 2080].) The Court clarifies, consistent with Defendants' understanding, that Defendants may substitute two RFC repurchase fact witnesses for two of the 18 deponents whom Defendants disclosed on December 9, 2016.

Dated: January 27, 2017                 s/Susan Richard Nelson
                                                         SUSAN RICHARD NELSON
                                                         United States District Judge