# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. Stearns Lending, LLC, f/k/a First Pacific Financial, Inc., No. 13-cv-3516 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  February 3, 2017

2

| | |
|---|---|
| FELHABER LARSON<br><br>By:  *s/ Donald G. Heeman*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    220 South Sixth Street, Suite 2200<br>    Minneapolis, MN  55402-4504<br>    Telephone:  (612) 339-6321<br>    Facsimile:  (612) 338-0535<br>    dheeman@felhaber.com<br>    jnelson@felhaber.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Peter E. Calamari (*pro hac vice*)<br>    David Elsberg (*pro hac vice*)<br>    Isaac Nesser (*pro hac vice*)<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone:  (212) 849-7000<br>    Facsimile:  (212) 849-7100<br>    PeterCalamari@quinnemanuel.com<br>    DavidElsberg@quinnemanuel.com<br>    IsaacNesser@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>    Jeffrey A. Lipps (*pro hac vice*)<br>    Jennifer A.L. Battle (*pro hac vice*)<br>    280 Plaza, Suite 1300<br>    280 North High Street<br>    Columbus, Ohio 43215<br>    Telephone:  (614) 365-4100<br>    Facsimile:  (614) 365-9145<br>    lipps@CarpenterLipps.com<br>    battle@CarpenterLipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Anthony P. Alden (*pro hac vice*)<br>    Johanna Ong (*pro hac vice*)<br>    865 S. Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone:  (213) 443-3000<br>    Facsimile:  (213) 443-3100<br>    AnthonyAlden@quinnemanuel.com<br>    JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff Residential Funding Company, LLC*

Dated:  February 3, 2017    BRIGGS AND MORGAN, P.A.

By: */s/ Mark G. Schroeder*
    Alan H. Maclin, #66102
    Mark G. Schroeder, #171530
    Daniel J. Supalla, #0387064
    2200 IDS Center
    80 South Eighth Street
    Minneapolis, MN  55402
    Telephone:  (612) 977-8400
    Facsimile:  (612) 977-8650
    amaclin@briggs.com
    mschroeder@briggs.com
    dsupalla@briggs.com

ATTORNEYS FOR DEFENDANT
STEARNS LENDING, LLC