**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |

*This document relates to:*

ResCap Liquidating Trust, as successor in interest to GMAC Mortgage, LLC, f/k/a GMAC Mortgage Corporation v. Global Advisory Group, Inc., No. 14-cv-4924

**ORDER**

        Pursuant to Plaintiff's Rule 41(a)(1) Notice of Dismissal Without Prejudice [Doc.

No. 2514 in 13-cv-3451], IT IS HEREBY ORDERED that pursuant to Federal Rule of

Civil Procedure 41(a)(1)(A), Case No. 14-cv-4924 is hereby dismissed without prejudice

and without attorneys' fees, costs and expenses to any of the parties to this action.


DATED: April 28, 2017            s/Susan Richard Nelson
                                 SUSAN RICHARD NELSON
                                 United States District Judge