# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. Premier Financial Services, Inc., No. 13-cv-3493 | **ORDER** |

Pursuant to Plaintiff's Rule 41(a)(1) Notice of Dismissal Without Prejudice [Doc. No. 2525 in 13-cv-3451], IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), case no. 13-cv-3493 is hereby dismissed without prejudice and without attorneys' fees, costs and expenses to any of the parties to this action.

DATED: April 28, 2017

                                           s/Susan Richard Nelson
                                           SUSAN RICHARD NELSON
                                           United States District Judge