# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC and ResCap Liquidating Trust v. PNC Bank, N.A., as successor in interest to National City Mortgage Co., NCMC Newco, Inc., and North Central Financial Corporation, No. 13-cv-3498 | **ORDER** |

Pursuant to the parties' Stipulation of Dismissal with Prejudice [Doc. No. 2979],

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), case No. 13-cv-3498 is hereby dismissed with prejudice and without attorneys' fees, costs and expenses to any of the parties to this action.

DATED: December 8, 2017

                                        s/Susan Richard Nelson
                                        SUSAN RICHARD NELSON
                                        United States District Judge