# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC v. First Guaranty Mortgage Corporation, No. 13-cv-3475 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated: January 11, 2018

| | |
|---|---|
| FELHABER LARSON<br><br>By:  */s/ Donald G. Heeman*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    220 South Sixth Street, Suite 2200<br>    Minneapolis, MN 55402-4504<br>    Telephone: (612) 339-6321<br>    Facsimile: (612) 338-0535<br>    dheeman@felhaber.com<br>    jnelson@felhaber.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Peter E. Calamari (admitted *pro hac vice*)<br>    David Elsberg (admitted *pro hac vice*)<br>    Isaac Nesser (admitted *pro hac vice*)<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone: (212) 849-7000<br>    Facsimile: (212) 849-7100<br>    PeterCalamari@quinnemanuel.com<br>    DavidElsberg@quinnemanuel.com<br>    IsaacNesser@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>  Jeffrey A. Lipps (admitted *pro hac vice*)<br>  Jennifer A.L. Battle (admitted *pro hac vice*)<br>  280 Plaza, Suite 1300<br>  280 North High Street<br>  Columbus, Ohio 43215<br>  Telephone: (614) 365-4100<br>  Facsimile: (614) 365-9145<br>  lipps@CarpenterLipps.com<br>  battle@CarpenterLipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Anthony P. Alden (admitted *pro hac vice*)<br>    Johanna Ong (admitted *pro hac vice*)<br>    865 S. Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone: (213) 443-3000<br>    Facsimile: (213) 443-3100<br>    AnthonyAlden@quinnemanuel.com<br>    JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff Residential Funding Company, LLC*

| | |
|---|---|
| BEISEL & DUNLEVY, P.A.<br><br>By:   /s/ Michael E. Kreun<br>    Michael E. Kreun, #0311650<br>    Kevin J. Dunlevy, #162851<br>    Suite 282, 730 Building<br>    730 Second Avenue South<br>    Minneapolis, MN 55402<br>    Telephone:  (612) 436-4343<br>    Facsimile:  (612) 338-6600<br>    michaelk@bdmnlaw.com<br>    kevind@bdmnlaw.com | ROPES & GRAY LLP<br>    John C. Ertman (*pro hac vice*)<br>    Carly B. Baratt (*pro hac vice*)<br>    Michael S. Winograd (*pro hac vice*)<br>    Lee S. Gayer (*pro hac vice*)<br>    1211 Avenue of the Americas<br>    New York, NY 10036<br>    Telephone:  (212) 596-9000<br>    Facsimile: (212) 596-9090<br>    john.ertman@ropesgray.com<br>    carly.baratt@ropesgray.com<br>    michael.winograd@ropesgray.com<br>    lee.gayer@ropesgray.com<br><br>ROPES & GRAY LLP<br>    Caleb Dulis (*pro hac vice*)<br>    2099 Pennsylvania Avenue, NW<br>    Washington, DC  20006-6807<br>    Telephone:  (202) 508-4600<br>    Facsimile: (202) 508-4650<br>    caleb.dulis@ropesgray.com<br><br>ROPES & GRAY LLP<br>    Michelle L. Visser (*pro hac vice*)<br>    Three Embarcadero Center<br>    San Francisco, CA  94111-4006<br>    Telephone:  (415) 315-6300<br>    Facsimile:  (415) 315-6350<br>    michelle.visser@ropesgray.com<br><br>ROPES & GRAY LLP<br>    Lindsey L. Sullivan (*pro hac vice*)<br>    191 North Wacker Drive 32nd Floor<br>    Chicago, IL 60606-4302<br>    Telephone:  (312) 845-1200<br>    Facsimile:  (312) 845-5500<br>    lindsey.sullivan@ropesgray.com |

*Attorneys for Defendant First Guaranty Mortgage Corporation*