# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>Residential Funding Company, LLC and ResCap Liquidating Trust v. Colonial Savings, F.A., No. 13-cv-3474 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

      The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  February 22, 2018

| | |
|---|---|
| FELHABER LARSON<br><br>By:  /s/Donald G. Heeman<br>   Donald G. Heeman, #286023<br>   Jessica J. Nelson, #347358<br>   220 South Sixth Street, Suite 2200<br>   Minneapolis, MN  55402-4504<br>   Telephone:  (612) 339-6321<br>   Facsimile:  (612) 338-0535<br>   dheeman@felhaber.com<br>   jnelson@felhaber.com<br><br>CARPENTER LIPPS & LELAND LLP<br>  Jeffrey A. Lipps (admitted *pro hac vice*)<br>  Jennifer A.L. Battle (admitted *pro hac vice*)<br>  280 Plaza, Suite 1300<br>  280 North High Street<br>  Columbus, Ohio 43215<br>  Telephone:  (614) 365-4100<br>  Facsimile:  (614) 365-9145<br>  lipps@CarpenterLipps.com<br>  battle@CarpenterLipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>   Peter E. Calamari (admitted *pro hac vice*)<br>   Isaac Nesser (admitted *pro hac vice*)<br>   51 Madison Avenue, 22nd Floor<br>   New York, NY 10010<br>   Telephone:  (212) 849-7000<br>   Facsimile:  (212) 849-7100<br>   PeterCalamari@quinnemanuel.com<br>   IsaacNesser@quinnemanuel.com<br><br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>   Anthony P. Alden (admitted *pro hac vice*)<br>   Johanna Ong (admitted *pro hac vice*)<br>   865 S. Figueroa Street, 10th Floor<br>   Los Angeles, CA 90017<br>   Telephone:  (213) 443-3000<br>   Facsimile:  (213) 443-3100<br>   AnthonyAlden@quinnemanuel.com<br>   JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiffs Residential Funding Company, LLC*
*and ResCap Liquidating Trust*

| | |
|---|---|
| BILZIN SUMBERG<br>BAENA PRICE & AXELROD LLP<br><br>By:   /s/ Philip R. Stein<br>   Philip R. Stein (*pro hac vice*)<br>   Shalia Sakona (*pro hac vice*)<br>   Danielle Moriber (*pro hac vice*)<br>   1450 Brickell Avenue, 23rd Floor<br>   Miami, FL 33131<br>   Telephone: (305) 374-7580<br>   Facsimile:  (305) 374-7593<br>   pstein@bilzin.com<br>   ssakona@bilzin.com<br>   dmoriber@bilzin.com | BRIGGS AND MORGAN, P.A.<br>   Mark G. Schroeder, #171530<br>   Daniel N. Moak, #347474<br>   Daniel J. Supalla, #0387064<br>   2200 IDS Center<br>   80 South Eighth Street<br>   Minneapolis, MN 55402-2157<br>   Telephone:  (612) 977-8400<br>   Facsimile:  (612) 977-8650<br>   mschroeder@briggs.com<br>   dmoak@briggs.com<br>   dsupalla@briggs.com |

*Attorneys for Defendant Colonial Savings, F.A.*