UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: RFC and RESCAP Liquidating Trust Actions

Civil File No. 13-3451 (SRN/HB)

**ORDER**

**Order Regarding Limited Extensions as to Experts Lin and Brazier**

SUSAN RICHARD NELSON

Before the Court is the parties' joint request [Doc. No. 3178] for limited extensions. The parties seek permission to take the depositions of loan servicing experts Brian Lin and Nigel Brazier on April 4 and 5, 2018, respectively, and to submit any opening *Daubert* briefs concerning Messrs. Lin and Brazier by April 13, 2018.  Their request does not affect any other deadlines or current page limits.

The Court finds that good cause has been shown to grant the parties' limited request. This week, weather-related travel problems in New York City caused the need to reschedule the depositions to the earliest possible dates on which the witnesses were available.  Accordingly, the parties' request [Doc. No. 3178] is **GRANTED**.  The depositions for Messrs. Lin and Brazier may take place on April 4 and 5, 2018, respectively, and any opening *Daubert* briefs concerning these two experts shall be due on April 13, 2018.

**SO ORDERED.**

Dated: March 23, 2018                                         s/Susan Richard Nelson
                                                              SUSAN RICHARD NELSON
                                                              United States District Judge