## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

**In Re: RFC and RESCAP Liquidating Trust Actions**          Civil File No. 13-3451 (SRN/HB)

## ORDER

### Order Regarding Requests for Discovery-Related Declarations

SUSAN RICHARD NELSON, United States District Judge

Before the Court is a dispute between second-wave Defendant InterLinc Mortgage Serivces, LLC ("InterLinc") and Plaintiffs concerning the requested production of declarations related to their respective discovery requests.

Plaintiffs request that InterLinc execute a declaration identifying categories of documents that have not been produced, along with explanations regarding InterLinc's search for these categories of documents so as to provide assurances that no such documents are in InterLinc's possession, custody, or control.  (*See* Pls.' May 24, 2018 Letter at 1 [Doc. No. 3778]; InterLinc's May 18, 2017 Letter at 1 [Doc. No. 3767].) InterLinc objects to Plaintiffs' request and notes that Plaintiffs have not provided a similar declaration concerning Plaintiffs' production of Hometown's books and records.  (*See id.* at 2.)

The Court orders Plaintiffs and InterLinc to provide the requested declarations no later than June 29, 2018.

**SO ORDERED.**

Dated: June 14, 2018                                    s/Susan Richard Nelson
                                                       SUSAN RICHARD NELSON
                                                       United States District Judge