LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

N. MAHMOOD AHMAD
(202) 434-5763
mahmad@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

September 6, 2018

Via ECF

Honorable Susan Richard Nelson
United States District Court
District of Minnesota
774 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re: *Residential Funding Company, LLC v. Home Loan Center, Inc., No. 14-cv-1716*

Your Honor:

     I write on behalf of Home Loan Center ("HLC") in response to Plaintiff's letter requesting a consolidated trial concerning the reasonableness of RFC's bankruptcy settlements. *See* ECF No. 4346. HLC joins in the response filed on behalf of Standard Pacific and CTX. *See* ECF No. 4348. Without prejudice to HLC's position on the issue, were the Court to determine that it may and should act as a the factfinder in a bench trial regarding the reasonableness of the bankruptcy settlements, HLC respectfully submits that the Court should not alter its current direction that Home Loan Center—provided it remains first in line as of September 14—will be the only case that proceeds to trial on October 15.

                                             Respectfully submitted,

                                             */s/ N. Mahmood Ahmad*

                                             N. Mahmood Ahmad