## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:* <br><br> ResCap Liquidating Trust v. Home Loan Center, Inc., No. 14-cv-1716 | **STIPULATION FOR MODIFYING TRIAL NOTICE AND FINAL PRETRIAL ORDER** |

Plaintiff ResCap Liquidating Trust ("Plaintiff") and Defendant Home Loan Center, Inc. hereby stipulate and jointly move the Court for an order modifying the Trial Notice and Final Pretrial Order [Doc. No. 3929] ("Pretrial Order"), as amended [Doc. No. 4131], in the above-referenced matter as follows:

WHEREAS, pursuant to Paragraph 2 of the Pretrial Order:

a. By **September 14, 2018**, each party must file a list of exhibits, inclusive of objections and responses.

b. By **September 19, 2018**, each party must deliver to the Court two sets of courtesy copies of its exhibits;

WHEREAS, pursuant to Paragraph 3 of the Pretrial Order, by **September 14, 2018**, each party must file its witness list;

WHEREAS, pursuant to Paragraph 4 of the Pretrial Order, as amended [Doc. No. 4131], by **September 14, 2018**, the parties must file lists of the specific deposition testimony that they intend to offer at trial;

1

WHEREAS, pursuant to Paragraph 1 of the Pretrial Order's Additional Instructions for Jury Trials:

    a. By **August 31, 2018**, the parties must exchange proposed voir dire questions.

    b. By **September 14, 2018**, the parties must exchange objections to proposed voir dire questions.

    c. By **September 28, 2018**, the parties must file their proposed voir dire, incorporating objections and responses.

WHEREAS, pursuant to Paragraph 2 of the Pretrial Order's Additional Instructions for Jury Trials:

    a. By **August 31, 2018**, the parties must exchange a proposed case introduction.

    b. By **September 14, 2018**, the parties must exchange objections to proposed case introduction.

    c. By **September 28, 2018**, the parties must file a joint proposed case introduction, incorporating objections and responses.

WHEREAS, pursuant to Paragraph 3 of the Pretrial Order's Additional Instructions for Jury Trials:

    a. By **August 31, 2018**, the parties must exchange proposed jury instructions.

    b. By **September 14, 2018**, the parties must exchange objections to proposed jury instructions.

    c. By **September 28, 2018**, the parties must file one set of proposed jury instructions.

WHEREAS, pursuant to Paragraph 4 of the Pretrial Order's Additional Instructions for Jury Trials:

a. By **August 31, 2018**, the parties must exchange proposed special verdict forms.

b. By **September 14, 2018**, the parties must exchange objections to the proposed special verdict forms.

c. By **September 28, 2018**, the parties must file a joint special verdict form, incorporating objections and responses.

WHEREAS, the final pretrial conference is scheduled for **September 21, 2018** [Doc. No. 3951];

WHEREAS, the parties have exchanged initial exhibit lists, witness lists and affirmative deposition designations;

WHEREAS, the Court has scheduled a hearing for September 14, 2018, on the parties' disputes relating to certain pretrial evidentiary issues and ordered the parties to continue to discuss the admissibility of the categories of evidence subject to disagreement [Doc. No. 4343];

WHEREAS, the parties met and conferred and have agreed that the Pretrial Order should be amended to take into account the need for the parties to further revise their exhibit lists, witness lists and deposition testimony designations; and

WHEREAS, the parties recognize that they may need to approach the Court for additional time to file their pretrial submissions depending on the Court's guidance at the

September 14, 2018 hearing, but they request the following interim relief from the current filing deadlines.

NOW THEREFORE, subject to the Court's approval, the parties hereby stipulate to the following modifications to the Pretrial Order:

1. Certain deadlines in Paragraph 2 of the Pretrial Order shall be modified as follows:

   a. By **11:00 a.m.** on **September 17, 2018**, the parties shall exchange objections to the other's revised exhibit lists. All objections to Rule 703 materials are preserved for trial.

   b. By **September 19, 2018**, the parties shall file their exhibit lists. Objections and responses are to be incorporated into an appendix to the Exhibit list form as outlined in the Pretrial Order.

   c. By **September 19, 2018**, the parties must deliver to the Court two sets of courtesy copies of only those trial exhibits to be discussed at the September 21, 2018 pretrial hearing. Courtesy copies of all exhibits shall be delivered at a later date determined by the Court.

2. Certain deadlines in Paragraph 3 of the Pretrial Order shall be modified as follows:

   a. By **11:00 a.m.** on **September 17, 2018**, the parties shall exchange objections to the other's revised witness lists.

   b. By **September 19, 2018**, the parties shall file their witness lists, with objections and responses incorporated.

3. Certain deadlines in Paragraph 4 of the Pretrial Order shall be modified as follows:

   a. By **11:00 a.m.** on **September 17, 2018**, the parties shall exchange counter designations of deposition testimony and objections to the other's deposition designations.

   b. By **September 19, 2018**, the parties shall file lists of the specific deposition testimony that they intend to offer at trial. The parties must submit complete transcripts of the depositions (not just the designated sections) to

chambers, using different highlighting colors to show final designations and objections.

4. Certain deadlines in Paragraph 1 of the Pretrial Order's Additional Instructions for Jury Trial shall be modified as follows:

   a. By **September 21, 2018**, the parties must exchange proposed voir dire questions.

   b. By **September 26, 2018**, the parties must exchange objections to the other's proposed voir dire questions.

   c. By **September 28, 2018**, the parties must file their proposed voir dire, incorporating objections and responses.

5. Certain deadlines in Paragraph 2 of the Pretrial Order's Additional Instructions for Jury Trial shall be modified as follows:

   a. By **September 21, 2018**, the parties must exchange a proposed case introduction.

   b. By **September 26, 2018**, the parties must exchange objections to the other's proposed case introduction.

   c. By **September 28, 2018**, the parties must file a joint proposed case introduction, incorporating objections and responses.

6. Certain deadlines in Paragraph 3 of the Pretrial Order's Additional Instructions for Jury Trial shall be modified as follows:

   a. By **September 21, 2018**, the parties must exchange proposed jury instructions.

   b. By **September 26, 2018**, the parties must exchange objections to the other's proposed jury instructions.

   c. By **September 28, 2018**, the parties must jointly file one set of proposed jury instructions as outlined in Paragraph 3(d) of the Pretrial Order's Additional Instructions for Jury Trial.

7. Certain deadlines in Paragraph 4 of the Pretrial Order's Additional Instructions for Jury Trial shall be modified as follows:

    a. By **September 21, 2018**, the parties must exchange proposed special verdict forms.

    b. By **September 26, 2018**, the parties must exchange objections to the other's proposed special verdict forms.

    c. By **September 28, 2018**, the parties must file a joint special verdict form, incorporating objections and responses.

8. Absent agreement by the parties regarding the deadlines to exchange disclosures, all other provisions in the Pretrial Order shall remain in full force and effect.

Dated:  September 13, 2018

FELHABER LARSON

By:    s/Jessica J. Nelson
    Donald G. Heeman, #286023
    Jessica J. Nelson, #347358
    220 South Sixth Street, Suite 2200
    Minneapolis, MN  55402-4504
    Telephone:  (612) 339-6321
    Facsimile:  (612) 338-0535
    dheeman@felhaber.com
    jnelson@felhaber.com

CARPENTER LIPPS & LELAND LLP
Jeffrey A. Lipps (*pro hac vice*)
Jennifer A.L. Battle (*pro hac vice*)
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone:  (614) 365-4100
Facsimile:  (614) 365-9145
lipps@carpenterlipps.com
battle@carpenterlipps.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
    Peter E. Calamari *pro hac vice*)
    Isaac Nesser (*pro hac vice*)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    Telephone:  (212) 849-7000
    Facsimile:  (212) 849-7100
    petercalamari@quinnemanuel.com
    isaacnesser@quinnemanuel.com

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
    Anthony P. Alden (*pro hac vice*)
    Johanna Ong (*pro hac vice*)
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100
    anthonyalden@quinnemanuel.com
    johannaong@quinnemanuel.com

*Attorneys for Plaintiff ResCap Liquidating Trust*

WILLIAMS & CONNOLLY LLP

By: _s/Noorudin Mahmood Ahmad_
    R. Hackney Wiegmann (*pro hac vice*)
    Matthew V. Johnson (*pro hac vice*)
    Jesse T. Smallwood (*pro hac vice*)
    Noorudin Mahmood Ahmad (*pro hac vice*)
    Kyle E. Thomason (*pro hac vice*)
    Krista Anderson (*pro hac vice*)
    Eric A. Kuhl (*pro hac vice*)
    D. Keith Clouser (*pro hac vice*)
    Beth A. Stewart (*pro hac vice*)
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone:  (202) 434-5000
    Facsimile:  (202) 434-5029
    hwiegmann@wc.com
    mjohnson@wc.com
    jsmallwood@wc.com
    mahmad@wc.com
    kthomason@wc.com
    kmanderson@wc.com
    ekuhl@wc.com
    kclouser@wc.com
    bstewart@wc.com

ZELLE LLP
    Daniel Millea, #0245963
    Elizabeth V. Kniffen, #0346329
    Rory Zamansky, #0330620
    500 Washington Avenue South
    Suite 4000
    Minneapolis, MN 55415
    Telephone: (612) 339-2020
    Facsimile: (612) 336-9100
    dmillea@zelle.com
    ekniffen@zelle.com
    rzamansky@zelle.com

*Attorneys for Defendants Home Loan Center, Inc.*