# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. Home Loan Center, Inc., No. 14-cv-1716 | **NOTICE OF FILING OF PROPOSED JOINT AGENDA FOR THE SEPTEMBER 21, 2018 PRETRIAL CONFERENCE** |

Pursuant to the Court's instruction, Plaintiff, on behalf of all parties, hereby submits a Proposed Joint Agenda for the September 21, 2018 Pretrial Conference for the Court's consideration.

Dated:  September 19, 2018

1

| | |
|---|---|
| FELHABER LARSON<br><br>By: */s/ Jessica J. Nelson*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    Randi J. Winter, #0391354<br>    220 South Sixth Street, Suite 2200<br>    Minneapolis, MN  55402-4504<br>    Telephone:  (612) 339-6321<br>    Facsimile:  (612) 338-0535<br>    dheeman@felhaber.com<br>    jnelson@felhaber.com<br>    rwinter@felhaber.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Kathleen M. Sullivan (*pro hac vice*)<br>    Peter E. Calamari (*pro hac vice*)<br>    Jennifer J. Barrett (*pro hac vice*)<br>    Sascha N. Rand (*pro hac vice*)<br>    Isaac Nesser (*pro hac vice*)<br>    Heather Christenson (*pro hac vice)*<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone:  (212) 849-7000<br>    Facsimile:  (212) 849-7100<br>    kathleensullivan@quinnemanuel.com<br>    petercalamari@quinnemanuel.com<br>    jenniferbarrett@quinnemanuel.com<br>    sascharand@quinnemanuel.com<br>    isaacnesser@quinnemanuel.com<br>    heatherchristenson@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>  Jeffrey A. Lipps (*pro hac vice*)<br>  Jennifer A.L. Battle (*pro hac vice*)<br>  280 Plaza, Suite 1300<br>  280 North High Street<br>  Columbus, Ohio 43215<br>  Telephone:  (614) 365-4100<br>  Facsimile:  (614) 365-9145<br>  lipps@carpenterlipps.com<br>  battle@carpenterlipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    William C. Price (*pro hac vice*)<br>    Anthony P. Alden (*pro hac vice*)<br>    Johanna Ong (*pro hac vice*)<br>    Matthew Scheck (*pro hac vice*)<br>    865 S. Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone:  (213) 443-3000<br>    Facsimile:  (213) 443-3100<br>    williamprice@quinnemanuel.com<br>    anthonyalden@quinnemanuel.com<br>    johannaong@quinnemanuel.com<br>    matthewscheck@quinnemanuel.com |

*Attorneys for Plaintiff ResCap Liquidating Trust*