## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re: RFC and ResCap Liquidating Trust Litigation* | **AMENDED COURT MINUTES**<br>BEFORE: Hon. Susan Richard Nelson,<br>United States District Judge |
| *This document relates to:*<br>ResCap Liquidating Trust v. Home Loan Center, Inc., No. 14-cv-1716 (SRN/HB) | Case No.: 13cv3451 (SRN/HB)<br>Date: September 21, 2018<br>Court Reporter: Carla Bebault<br>Courthouse: St. Paul<br>Courtroom: 7B<br>Time in Court: 9:10 – 11:15 a.m.<br>Total Time: 2 hours, 5 Minutes |

**APPEARANCES**

   For Plaintiff:   Jennifer Barrett, Jennifer Battle, Deborah Brown, Peter Calamari, Issac Nesser, William Price, Sascha Rand, Jeffrey Lipps, Dawn Utsumi, Donald Heeman, Jessica Nelson, and Randi Winter. *Listening via telephone: Anthony Alden, Kate Cassidy, Danielle Gilmore, Michael Madigan, Rachael McCracken, Molly Stephens, and Christina Wu.*

   For Defendants:   N. Mahmood Ahmad, Matthew Johnson, Jesse Smallwood, R. Hackney Wiegmann, Rory Zamanasky, and Elizabeth Kniffen. *Listening via telephone: Krista Anderson, Enza Boderone, David Crichlow, Kenneth Duvall, David Stagman, Philip Stein, and Kyle Thomson.*

**PROCEEDINGS**

   Pretrial Conference held.

                                                                         s/S.DelMonte<br>                                                                       Courtroom Deputy