THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. Home Loan Center, Inc., No. 14-cv-1716 (SRN/HB) | |

## JOINT PROPOSED INTRODUCTION TO THE CASE

The plaintiff in this case is the ResCap Liquidating Trust, which I'll refer to as the "Liquidating Trust" for short. The Defendant is Home Loan Center, Inc., which I'll refer to as "Home Loan Center." The Liquidating Trust is the successor to a company called Residential Funding Company or "RFC" for short, which is no longer in business.

RFC bought mortgage loans from mortgage lenders, including Defendant Home Loan Center. RFC then bundled loans together and sold those bundles to more than 1,000 different trusts, which are called residential mortgage-backed securities trusts, or "RMBS Trusts" for short. RFC also secured insurance for certain of the RMBS Trusts through agreements with entities called "Monoline Insurers."

RFC and its affiliates went into bankruptcy in 2012. In the bankruptcy, the RMBS Trusts and Monoline Insurers asserted claims against RFC. RFC settled those claims in the bankruptcy. RFC also reached an agreement with its creditors on a plan to distribute its remaining assets to them. Under this plan, RFC closed down and all of RFC's and its affiliates' assets were transferred to the Liquidating Trust. The Liquidating Trust stands

in the shoes of RFC for purposes of this case and was formed to, among other things, seek recovery of additional assets for its unitholders. The unitholders include former creditors of RFC and certain of its affiliates, and others to whom such creditors sold their units. RFC no longer exists and will not receive any money recovered by the Liquidating Trust.

The Defendant, Home Loan Center, was a lender that provided mortgage loans to borrowers across the United States. The Liquidating Trust claims that Home Loan Center sold RFC mortgage loans between 2002 and 2007 that breached Home Loan Center's contractual representations and warranties about the credit and investment quality of the loans, and that these breaches contributed to RFC's liabilities to the RMBS Trusts and Monoline Insurers that were settled in the bankruptcy. The Liquidating Trust seeks in this case the portion of the losses and liabilities that it contends RFC incurred in connection with its bankruptcy as a result of Home Loan Center's alleged breaches.

For its part, Home Loan Center contends that most of the loans RFC purchased were not sold subject to the representations and warranties that the Liquidating Trust says apply, and that even if they were, RFC acted in such a way that the Liquidating Trust is not allowed to enforce those representations and warranties. Home Loan Center also contends that the settlements for which Plaintiff seeks indemnification were not reasonable, and that Plaintiff has not established the portion of RFC's losses and liabilities if any, that may properly be allocated to Home Loan Center.

If you are selected to serve on the jury for this case, you will be asked to decide whether Defendant Home Loan Center is liable to Plaintiff Liquidating Trust and, if so, the amount of money it should pay, if any.

Dated: September 28, 2018

| FELHABER LARSON | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By: */s/ Jessica J. Nelson*<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>Randi J. Winter, #0391354<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN 55402-4504<br>Telephone: (612) 339-6321<br>Facsimile: (612) 338-0535<br>dheeman@felhaber.com<br>jnelson@felhaber.com<br>rwinter@felhaber.com | Peter E. Calamari (*pro hac vice*)<br>Jennifer J. Barrett (*pro hac vice*)<br>Sascha N. Rand (*pro hac vice*)<br>Isaac Nesser (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>petercalamari@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>isaacnesser@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>Jeffrey A. Lipps (*pro hac vice*)<br>Jennifer A.L. Battle (*pro hac vice*)<br>280 Plaza, Suite 1300<br>280 North High Street<br>Columbus, Ohio 43215<br>Telephone: (614) 365-4100<br>Facsimile: (614) 365-9145<br>lipps@carpenterlipps.com<br>battle@carpenterlipps.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>William C. Price (*pro hac vice*)<br>Anthony P. Alden (*pro hac vice*)<br>Johanna Ong (*pro hac vice*)<br>Matthew Scheck (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>williamprice@quinnemanuel.com<br>anthonyalden@quinnemanuel.com<br>johannaong@quinnemanuel.com<br>matthewscheck@quinnemanuel.com |

*Attorneys for Plaintiff ResCap Liquidating Trust*

ZELLE LLP

By: */s/ Elizabeth V. Kniffen*
    Daniel Millea, #0245963
    Elizabeth V. Kniffen, #0346329
    Rory Zamansky, #0330620
    500 Washington Avenue South
    Suite 4000
    Minneapolis, MN 55415
    Telephone: (612) 339-2020
    Facsimile: (612) 336-9100
    dmillea@zelle.com
    ekniffen@zelle.com
    rzamansky@zelle.com

WILLIAMS & CONNOLLY LLP
    R. Hackney Wiegmann (*pro hac vice*)
    Matthew V. Johnson #0324875
    Jesse T. Smallwood (*pro hac vice*)
    725 Twelfth Street, N.W.
    Washington, DC 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029
    hwiegmann@wc.com
    mjohnson@wc.com
    jsmallwood@wc.com

*Attorneys for Defendant Home Loan Center, Inc.*