**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ALL ACTIONS | **STIPULATION FOR WITHDRAWAL OF PLAINTIFFS' FIRST CAUSE OF ACTION** |

Plaintiffs Residential Funding Company, LLC and ResCap Liquidating Trust ("Plaintiffs") and Defendants Home Loan Center, Inc., Impac Funding Corp., Freedom Mortgage Corporation, iServe Residential Lending, LLC *f/k/a* United Residential Lending, LLC, Standard Pacific Mortgage, Inc., and CTX Mortgage Company, LLC (collectively, "Defendants") jointly stipulate as follows:

a. Plaintiffs have not asserted and are not pursuing claims for common law indemnity; and

b. Plaintiffs hereby withdraw the first cause of action in each operative Complaint without prejudice to reassertion if there is a reversal on appeal or reconsideration of one or both of the following sections of the Court's Memorandum Opinion And Order On Common-Issue Motions For Summary Judgment [Doc. No. 4307]: (i) Section III(G)(1), concerning the statute of limitations for loans sold before May 14, 2006; or (ii) Section III(G)(3)(a), concerning Plaintiffs' Breaching Loss Approach.

c. The parties stipulate to an Order consistent with the foregoing.

Dated: October 4, 2018

| | |
|---|---|
| FELHABER LARSON<br><br>By:   /s/ *Jessica J. Nelson*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    Randi J. Winter, #0391354<br>    220 South Sixth Street, Suite 2200<br>    Minneapolis, MN 55402-4504<br>    Telephone: (612) 339-6321<br>    Facsimile: (612) 338-0535<br>    dheeman@felhaber.com<br>    jnelson@felhaber.com<br>    rwinter@felhaber.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Kathleen M. Sullivan (*pro hac vice*)<br>    Peter E. Calamari (*pro hac vice*)<br>    Jennifer J. Barrett (*pro hac vice*)<br>    Sascha N. Rand (*pro hac vice*)<br>    Isaac Nesser (*pro hac vice*)<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone: (212) 849-7000<br>    Facsimile: (212) 849-7100<br>    kathleensullivan@quinnemanuel.com<br>    petercalamari@quinnemanuel.com<br>    jenniferbarrett@quinnemanuel.com<br>    sascharand@quinnemanuel.com<br>    isaacnesser@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>  Jeffrey A. Lipps (*pro hac vice*)<br>  Jennifer A.L. Battle (*pro hac vice*)<br>  280 Plaza, Suite 1300<br>  280 North High Street<br>  Columbus, Ohio 43215<br>  Telephone: (614) 365-4100<br>  Facsimile: (614) 365-9145<br>  lipps@carpenterlipps.com<br>  battle@carpenterlipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    William C. Price (*pro hac vice*)<br>    K. John Shaffer (*pro hac vice*)<br>    Anthony P. Alden (*pro hac vice*)<br>    Johanna Ong (*pro hac vice*)<br>    Molly Stephens (*pro hac vice*)<br>    Matthew Scheck (*pro hac vice*)<br>    865 S. Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone: (213) 443-3000<br>    Facsimile: (213) 443-3100<br>    williamprice@quinnemanuel.com<br>    jshaffer@quinnemanuel.com<br>    anthonyalden@quinnemanuel.com<br>    johannaong@quinnemanuel.com<br>    mollystephens@quinnemanuel.com<br>    matthewscheck@quinnemanuel.com |

*Attorneys for Plaintiffs Residential Funding Company, LLC*
*and ResCap Liquidating Trust*

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP | ZELLE LLP |
| | Daniel Millea, #0245963 |
| By: /s/ N. Mahmood Ahmad | Elizabeth V. Kniffen, #0346329 |
|    R. Hackney Wiegmann (*pro hac vice*) | Rory Zamansky, #0330620 |
|    Matthew V. Johnson (*pro hac vice*) | 500 Washington Avenue South |
|    Jesse T. Smallwood (*pro hac vice*) | Suite 4000 |
|    Noorudin Mahmood Ahmad (*pro hac vice*) | Minneapolis, MN 55415 |
|    Kyle E. Thomason (*pro hac vice*) | Telephone: (612) 339-2020 |
|    David S. Blatt (*pro hac vice*) | Facsimile: (612) 336-9100 |
|    Krista Anderson (*pro hac vice*) | dmillea@zelle.com |
|    Eric A. Kuhl (*pro hac vice*) | ekniffen@zelle.com |
|    D. Keith Clouser (*pro hac vice*) | rzamansky@zelle.com |
|    Beth A. Stewart (*pro hac vice*) | |
|    Dane H. Butswinkas (*pro hac vice*) | |
|    Andrew W. Rudge (*pro hac vice*) | |
|    Kannon Shanmugam (*pro hac vice*) | |
|    Matthew B. Nicholson (*pro hac vice*) | |
|    725 Twelfth Street, N.W. | |
|    Washington, DC 20005 | |
|    Telephone: (202) 434-5000 | |
|    Facsimile: (202) 434-5029 | |
|    hwiegmann@wc.com | |
|    mjohnson@wc.com | |
|    jsmallwood@wc.com | |
|    mahmad@wc.com | |
|    kthomason@wc.com | |
|    dblatt@wc.com | |
|    kmanderson@wc.com | |
|    ekuhl@wc.com | |
|    kclouser@wc.com | |
|    bstewart@wc.com | |
|    dbutswinkas@wc.com | |
|    arudge@wc.com | |
|    kshanmugam@wc.com | |
|    mnicholson@wc.com | |

*Attorneys for Defendant Home Loan Center, Inc.*

| KATTEN MUCHIN ROSENMAN LLP | GREENE ESPEL PLLP |
|---|---|
| By: */s/ David A. Crichlow*<br>    David A. Crichlow (*pro hac vice*)<br>    575 Madison Avenue<br>    New York, NY 10022-2585<br>    Telephone:  (212) 940-8941<br>    Facsimile:  (212) 940-8776<br>    david.crichlow@kattenlaw.com | Mark L. Johnson, #0345520<br>Jenny Gassman-Pines, #386511<br>Erin Sindberg Porter, #388345<br>222 South Ninth Street, Suite 2200<br>Minneapolis, MN 55402<br>Telephone:  (612) 373-0830<br>Facsimile: (612) 373-0929<br>mjohnson@greeneespel.com<br>jgassman-pines@greeneespel.com<br>esindbergporter@greeneespel.com |

KATTEN MUCHIN ROSENMAN LLP

    David J. Stagman (*pro hac vice*)
    525 West Monroe Street
    Chicago, IL 60661-3693
    Telephone:  (312) 902-5499
    Facsimile:  (312) 577-4416
    david.stagman@kattenlaw.com

KATTEN MUCHIN ROSENMAN LLP

    Jerry L. Hall (*pro hac vice*)
    2900 K Street NW
    North Tower - Suite 200
    Washington, DC 20007-5118
    Telephone:  (202) 625-3646
    Facsimile:  (202) 298-7570
    jerry.hall@kattenlaw.com

KATTEN MUCHIN ROSENMAN LLP

    Craig A. Barbarosh (*pro hac vice*)
    100 Spectrum Center Drive, Suite 1050
    Irvine, CA  92618-4960
    Telephone:  (714) 996-6822
    Facsimile:  (714) 464-4453
    craig.barbarosh@kattenlaw.com

*Attorneys for Defendant Impac Funding Corp.*

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By: */s/ Philip R. Stein*
    Philip R. Stein (*pro hac vice*)
    Shalia M. Sakona (*pro hac vice*)
    Desiree Fernandez (*pro hac vice*)
    Jerry Goldsmith (*pro hac vice*)
    Jennifer Junger (*pro hac vice*)
    Kenneth Duvall (*pro hac vice*)
    Enza Boderone (*pro hac vice*)
    Adrian K. Felix (*pro hac vice*)
    1450 Brickell Avenue, 23rd Floor
    Miami, FL 33131
    Telephone: (305) 374-7580
    Facsimile: (305) 374-7593
    pstein@bilzin.com
    ssakona@bilzin.com
    dfernandez@bilzin.com
    jgoldsmith@bilzin.com
    jjunger@bilzin.com
    kduvall@bilzin.com
    eboderone@bilzin.com
    afelix@bilzin.com

GREENE ESPEL PLLP
    Mark L. Johnson, #0345520
    Erin Sindberg Porter, #388345
    222 South Ninth Street, Suite 2200
    Minneapolis, MN 55402
    Telephone: (612) 373-0830
    Facsimile: (612) 373-0929
    mjohnson@greeneespel.com
    esindbergporter@greeneespel.com

*Attorneys for Defendant Freedom Mortgage Corporation*

PRESS KORAL LLP

By: */s/ Jason M. Koral*
    Jason M. Koral (*pro hac vice*)
    825 Third Avenue
    Second Floor
    New York, NY 10022
    Telephone: (212) 520-8270
    jkoral@presskoral.com

GARDERE WYNNE SEWELL LLP
    Peter L. Loh (*pro hac vice*)
    Rachel Kingrey (*pro hac vice*)
    Brandon C. Marx (*pro hac vice*)
    2021 McKinney Avenue, Suite 1600
    Dallas, TX 75201
    Telephone: (214) 999-4391
    Facsimile: (214) 999-4667
    ploh@gardere.com
    rkingrey@gardere.com
    bmarx@gardere.com

GREENE ESPEL PLLP
    Mark L. Johnson, #0345520
    Jeanette M. Bazis, #255646
    Erin Sindberg Porter, #388345
    222 S. Ninth Street, Suite 2200
    Minneapolis, MN 55402
    Telephone: (612) 373-0830
    Facsimile: (612) 373-0929
    mjohnson@greeneespel.com
    jbazis@greeneespel.com
    esindbergporter@greeneespel.com

*Attorneys for Defendant iServe Residential Lending, LLC, f/k/a United Residential Lending LLC*

| JONES DAY | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
|---|---|
| By: */s/ Kristin K. Zinsmaster* <br> Andrew M. Luger, #0189261 <br> Kelly G. Laudon, #0386854 <br> Kristin K. Zinsmaster, #0391299 <br> Jacob A. Vandelist, #0396756 <br> 90 South Seventh Street, Suite 4950 <br> Minneapolis, MN 55402 <br> Telephone: (612) 217-8800 <br> Facsimile: (844) 345-3178 <br> aluger@jonesday.com <br> klaudon@jonesday.com <br> kzinsmaster@jonesday.com <br> jvandelist@jonesday.com | Philip R. Stein (*pro hac vice*) <br> Shalia M. Sakona (*pro hac vice*) <br> Desiree Fernandez (*pro hac vice*) <br> Jerry Goldsmith (*pro hac vice*) <br> Jennifer Junger (*pro hac vice*) <br> Kenneth Duvall (*pro hac vice*) <br> Enza Boderone (*pro hac vice*) <br> Adrian K. Felix (*pro hac vice*) <br> 1450 Brickell Avenue, 23rd Floor <br> Miami, FL 33131 <br> Telephone: (305) 374-7580 <br> Facsimile: (305) 374-7593 <br> pstein@bilzin.com <br> ssakona@bilzin.com <br> dfernandez@bilzin.com <br> jgoldsmith@bilzin.com <br> jjunger@bilzin.com <br> kduvall@bilzin.com <br> eboderone@bilzin.com <br> afelix@bilzin.com |

*Attorneys for Defendants CTX Mortgage Company, LLC and Standard Pacific Mortgage, Inc.*