**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-[7155]**

WRITER'S EMAIL ADDRESS
**jenniferbarrett@quinnemanuel.com**

November 7, 2018

**VIA ECF**
Honorable Susan Richard Nelson
United States District Court
District of Minnesota
774 Federal Building
316 N. Robert Street
St. Paul, MN 55101

Re:   *In Re: RFC & ResCap Liquidating Trust Litig.*, No. 13-cv-3451 (SRN/HB) as it relates to *ResCap Liquidating Trust v. Home Loan Center, Inc.*, Case No. 14-cv-1716 (SRN/HB)

Your Honor:

Pursuant to the Court's instructions, the parties met and conferred last evening regarding the Court's proposed final jury instructions and the special verdict form. While the parties have narrowed the issues in dispute, we were unable to reach agreement. Accordingly, attached please find the ResCap Liquidating Trust's (the "Trust") suggested modifications to the closing jury instructions and the Trust's proposed special verdict form. We look forward to discussing these issues with the Court at the charge conference this morning.

Respectfully submitted,

*/s/Jennifer J. Barrett*

Jennifer J. Barrett

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS