# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

In re: RFC and ResCap Liquidating Trust Litigation

**COURT MINUTES**
Case Number: 13cv3451 (SRN/HB)

*This document relates to:*
ResCap Liquidating Trust v. Home Loan Center, No. 14-cv-1716

| | |
|---|---|
| Date: | November 7, 2018 |
| Court Reporter: | Carla Bebault |
| Courthouse: | St. Paul |
| Courtroom: | 7B |
| Time in Court: | 8:33 - 9:36 a.m.; 1:00 - 4:20 p.m. |
| Time in Court: | 4 Hours & 23 Minutes |

Trial before Hon. Susan Richard Nelson, United States District Judge.

APPEARANCES:

For Plaintiff:   Isaac Nesser, Deborah Brown, Jennifer Barrett, Sascha Rand, Peter Calamari, William Price, Anthony Alden, Matthew Scheck, Donald Heeman, Jessica R. Nelson, Randi J. Winter.

For Defendant:   Matthew Johnson, N. Mahmood Ahmad, Kyle Thomason, Jesse Smallwood, Matthew Nicholson, R. Hackney Wiegmann, Krista Anderson.

PROCEEDINGS:

- ☒ **JURY Trial Held.**
- ☒ Closing arguments by Mr. Johnson for Defendant, and Mr. Price for Plaintiff.
- ☒ Jury received case at 4:12 p.m.
- ☒ Jury sent out a note at 4:25 p.m. announcing that it would end deliberations for the day at 4:30 p.m., returning to resume deliberations on November 8, 2018 at 8:30 a.m.

CLERK'S USE ONLY:
- ☒ Number of trial days with evidence - 13.
- ☒ Exhibits returned to counsel or parties.

s/SMD
Signature of Courtroom Deputy