# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Case No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. Home Loan Center, Inc., No. 14-cv-1716 (SRN/HB) | **SPECIAL VERDICT FORM** |

1. Do you find in favor of Plaintiff ResCap Liquidating Trust on its claim for indemnification against Defendant Home Loan Center, Inc.?

                                                                  YES
                                                               (Yes/No)

    *If your answer to Question 1 is yes, continue to Question 2. If your answer to Question 1 is no, stop.*

2. If you answered "YES" to Question 1, what is the amount of damages Plaintiff ResCap Liquidating Trust is entitled to recover from Defendant Home Loan Center, Inc.?

                                            $ 28,700,000

Dated: 11/8/16

SIGNATURE REDACTED

Foreperson

SCANNED
NOV 0 9 2018
U.S. DISTRICT COURT ST. PAUL

1