**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation<br><br>*This document relates to:*<br><br>ResCap Liquidating Trust v. Home Loan Center, Inc., No. 14-cv-1716 (SRN/HB) | Court File No. 13-cv-3451 (SRN/HB)<br><br>**NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PREJUDGMENT INTEREST** |

**PLEASE TAKE NOTICE** that the undersigned, on behalf of Plaintiff ResCap Liquidating Trust, will bring Plaintiff's Motion for Prejudgment Interest for hearing before United States District Judge Susan Richard Nelson in Courtroom 7B, United States District Court, 316 North Robert Street, St. Paul, Minnesota, at a date and time to be determined.

Dated:  December 4, 2018

| | |
|---|---|
| FELHABER LARSON<br><br>By:  /s/ Jessica J. Nelson<br>Donald G. Heeman, #286023<br>Jessica J. Nelson, #347358<br>Randi J. Winter, #391354<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN  55402-4504<br>Telephone:  (612) 339-6321<br>Facsimile:  (612) 338-0535<br>dheeman@felhaber.com<br>jnelson@felhaber.com<br>rwinter@felhaber.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>Peter E. Calamari (*pro hac vice*)<br>Jennifer J. Barrett (*pro hac vice*)<br>Sascha N. Rand (*pro hac vice*)<br>Deborah K. Brown (*pro hac vice*)<br>Isaac Nesser (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  (212) 849-7000<br>Facsimile:  (212) 849-7100<br>petercalamari@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>sascharand@quinnemanuel.com<br>deborahbrown@quinnemanuel.com<br>isaacnesser@quinnemanuel.com<br><br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>William C. Price (*pro hac vice*)<br>Anthony P. Alden (*pro hac vice*)<br>Matthew Scheck (*pro hac vice*)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br>williamprice@quinnemanuel.com<br>anthonyalden@quinnemanuel.com<br>matthewscheck@quinnemanuel.com |

*Attorneys for Plaintiff ResCap Liquidating Trust*