# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. CTX Mortgage Company, LLC, No. 14-cv-1710 | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned counsel, hereby stipulate that this action is and shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees, costs, and expenses.

Dated:  January 18, 2019

| | |
|---|---|
| SPENCER FANE, LLP<br><br>By: */s/Donald G. Heeman*<br>     Donald G. Heeman, #286023<br>     Jessica J. Nelson, #347358<br>     100 South Fifth Street, Suite 1900<br>     Minneapolis, MN  55402<br>     Telephone:  (612) 268-7000<br>     Facsimile:  (612) 268-7001<br>     dheeman@felhaber.com<br>     jnelson@felhaber.com<br><br>CARPENTER LIPPS & LELAND LLP<br> Jeffrey A. Lipps (admitted *pro hac vice*)<br> Jennifer A.L. Battle (admitted *pro hac vice*)<br> 280 Plaza, Suite 1300<br> 280 North High Street<br> Columbus, Ohio 43215<br> Telephone:  (614) 365-4100<br> Facsimile:  (614) 365-9145<br> lipps@CarpenterLipps.com<br> battle@CarpenterLipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>     Peter E. Calamari (admitted *pro hac vice*)<br>     Isaac Nesser (admitted *pro hac vice*)<br>     51 Madison Avenue, 22nd Floor<br>     New York, NY 10010<br>     Telephone:  (212) 849-7000<br>     Facsimile:  (212) 849-7100<br>     PeterCalamari@quinnemanuel.com<br>     IsaacNesser@quinnemanuel.com<br><br>QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>     Anthony P. Alden (admitted *pro hac vice*)<br>     Johanna Ong (admitted *pro hac vice*)<br>     865 S. Figueroa Street, 10th Floor<br>     Los Angeles, CA 90017<br>     Telephone:  (213) 443-3000<br>     Facsimile:  (213) 443-3100<br>     AnthonyAlden@quinnemanuel.com<br>     JohannaOng@quinnemanuel.com |

*Attorneys for Plaintiff ResCap Liquidating Trust*

Dated: January 18, 2019

JONES DAY

By: */s/Philip R. Stein*
    Andrew M. Luger, #0189261
    Kelly G. Laudon, #0386854
    Kristin K. Zinsmaster, #0391299
    Jacob A. Vandelist, #0396756
    90 South Seventh Street, Suite 4950
    Minneapolis, MN 55402
    Telephone: (612) 217-8800
    Facsimile: (844) 345-3178
    aluger@jonesday.com
    klaudon@jonesday.com
    kzinsmaster@jonesday.com
    jvandelist@jonesday.com

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Philip R. Stein (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Desiree Fernandez (*pro hac vice*)
Jerry Goldsmith (*pro hac vice*)
Kenneth Duvall (*pro hac vice*)
Enza Boderone (*pro hac vice*)
Adrian K. Felix (*pro hac vice*)
1450 Brickell Avenue, 23rd Floor
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
pstein@bilzin.com
ssakona@bilzin.com
dfernandez@bilzin.com
jgoldsmith@bilzin.com
kduvall@bilzin.com
eboderone@bilzin.com
afelix@bilzin.com

*Attorneys for Defendant CTX Mortgage Company, LLC*