# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. CTX Mortgage Company, LLC, No. 14-cv-1710 | **[PROPOSED] ORDER** |

  Pursuant to the parties' Stipulation of Dismissal with Prejudice [Doc. No. 4958], IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), case No. 14-cv-1710 is hereby dismissed with prejudice and without attorneys' fees, costs and expenses to any of the parties to this action.

DATED: _____

                       _____
                       SUSAN RICHARD NELSON
                       United States District Judge