# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. Primary Residential Mortgage, Inc., No. 16-cv-4070 (SRN/HB) | **STIPULATION TO AMEND REVISED CASE MANAGEMENT ORDER TO EXTEND FACT DISCOVERY DEADLINE** |

The parties hereby stipulate and jointly move the Court for an Order amending the Revised Case Management Order [Doc. No. 5035] in the above-referenced action to extend the fact discovery deadline, and hereby state and stipulate as follows:

WHEREAS, the Court issued a Revised Case Management Order ("Revised CMO") in this action on February 28, 2019;

WHEREAS, pursuant to Section III of the Revised CMO, all fact discovery is to be completed by April 30, 2019;

WHEREAS, despite the parties' best efforts, the parties require a limited amount of additional time to complete depositions; and

WHEREAS, the parties have agreed to a 17-day extension of the fact discovery deadline.

NOW, THEREFORE, subject to the Court's approval, the parties stipulate that:

All fact discovery shall be completed by May 17, 2019.

1

Dated: April 24, 2019

| | |
|---|---|
| SPENCER FANE LLP<br><br>By: */s/Randi J. Winter*<br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    Randi J. Winter, #0391354<br>    100 South Fifth Street, Suite 1900<br>    Minneapolis, MN 55402-1267<br>    Telephone: (612) 268-7000<br>    Facsimile: (612) 268-7001<br>    dheeman@spencerfane.com<br>    jnelson@spencerfane.com<br>    rwinter@spencerfane.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Peter E. Calamari (admitted *pro hac vice*)<br>    Deborah K. Brown (admitted *pro hac vice*)<br>    Isaac Nesser (admitted *pro hac vice*)<br>    51 Madison Avenue, 22nd Floor<br>    New York, NY 10010<br>    Telephone: (212) 849-7000<br>    Facsimile: (212) 849-7100<br>    petercalamari@quinnemanuel.com<br>    deborahbrown@quinnemanuel.com<br>    isaacnesser@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP<br>  Jeffrey A. Lipps (admitted *pro hac vice*)<br>  Jennifer A.L. Battle (admitted *pro hac vice*)<br>  280 Plaza, Suite 1300<br>  280 North High Street<br>  Columbus, Ohio 43215<br>  Telephone: (614) 365-4100<br>  Facsimile: (614) 365-9145<br>  lipps@carpenterlipps.com<br>  battle@carpenterlipps.com | QUINN EMANUEL URQUHART<br>& SULLIVAN, LLP<br>    Anthony Alden (admitted *pro hac vice*)<br>    865 S. Figueroa Street, 10th Floor<br>    Los Angeles, CA 90017<br>    Telephone: (213) 443-3000<br>    Facsimile: (213) 443-3100<br>    anthonyalden@quinnemanuel.com |

*Attorneys for Plaintiff ResCap Liquidating Trust*

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP<br><br>By: */s/Matthew V. Johnson*<br>　　Matthew V. Johnson, #0324875<br>　　Jesse T. Smallwood (admitted *pro hac vice*)<br>　　725 Twelfth Street, N.W.<br>　　Washington, DC 20005<br>　　Telephone:  (202) 434-5000<br>　　Facsimile:  (202) 434-5029<br>　　mjohnson@wc.com<br>　　jsmallwood@wc.com | ZELLE LLP<br>　　Elizabeth V. Kniffen, #0346329<br>　　Rory D. Zamansky, #0330620<br>　　500 Washington Avenue South<br>　　Suite 4000<br>　　Minneapolis, MN 55415<br>　　Telephone: (612) 339-2020<br>　　Facsimile: (612) 336-9100<br>　　ekniffen@zelle.com<br>　　rzamansky@zelle.com<br><br>PRIMARY RESIDENTIAL MORTGAGE, INC.<br>　　Darryl J. Lee (admitted *pro hac vice*)<br>　　1480 N. 2200 W.<br>　　Salt Lake City, UT  84116<br>　　Telephone: (801) 596-8707<br>　　dlee@primeres.com |

*Attorneys for Defendant Primary Residential Mortgage, Inc.*