# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
|---|---|
| *This document relates to:*<br><br>ResCap Liquidating Trust v. Home Loan Center, Inc., No. 14-cv-1716 (SRN/HB) | **PLAINTIFF'S CALCULATION OF POSTVERDICT PREJUDGMENT INTEREST** |

Pursuant to the Court's instruction in its Memorandum Opinion and Order Re: Attorneys' Fees [Doc. No. 5132], Plaintiff ResCap Liquidating Trust, submits the following calculations of the appropriate award of postverdict prejudgment interest:

| Date of Entry of Judgment | Damages Award (Inclusive of Preverdict Prejudgment Interest) | Per Diem Interest Rate (10% Per Annum) | Days of Post-Verdict Interest (from 11/8/2018) | Postverdict Prejudgment Interest | Award of Attorneys' Fees and Costs | Judgment Amount |
|---|---|---|---|---|---|---|
| 6/19/2019 | $42,766,931.50 | $11,716.97 | 223 | $2,612,884.31 | $23,081,252.31 | $68,461,068.12 |
| 6/20/2019 | $42,766,931.50 | $11,716.97 | 224 | $2,624,601.28 | $23,081,252.31 | $68,472,785.09 |
| 6/21/2019 | $42,766,931.50 | $11,716.97 | 225 | $2,636,318.25 | $23,081,252.31 | $68,484,502.06 |
| 6/24/2019 | $42,766,931.50 | $11,716.97 | 228 | $2,671,469.16 | $23,081,252.31 | $68,519,652.97 |

Dated: June 19, 2019

| | |
|---|---|
| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: /s/ Jessica J. Nelson | Peter E. Calamari (*pro hac vice*) |
| Donald G. Heeman, #286023 | Jennifer J. Barrett (*pro hac vice*) |
| Jessica J. Nelson, #347358 | Sascha N. Rand (*pro hac vice*) |
| Randi J. Winter, #0391354 | Isaac Nesser (*pro hac vice*) |
| 150 South Fifth Street, Suite 1900 | Deborah K. Brown (*pro hac vice*) |
| Minneapolis, MN 55402-1267 | 51 Madison Avenue, 22nd Floor |
| Telephone: (612) 268-7000 | New York, NY 10010 |
| Facsimile: (612) 268-7001 | Telephone: (212) 849-7000 |
| dheeman@spencerfane.com | Facsimile: (212) 849-7100 |
| jnelson@spencerfane.com | petercalamari@quinnemanuel.com |
| rwinter@spencerfane.com | jenniferbarrett@quinnemanuel.com |
| | sascharand@quinnemanuel.com |
| | isaacnesser@quinnemanuel.com |
| CARPENTER LIPPS & LELAND LLP | deborahbrown@quinnemanuel.com |
| Jeffrey A. Lipps (*pro hac vice*) | |
| Jennifer A.L. Battle (*pro hac vice*) | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 280 Plaza, Suite 1300 | William C. Price (*pro hac vice*) |
| 280 North High Street | Anthony P. Alden (*pro hac vice*) |
| Columbus, Ohio 43215 | Molly Stephens (*pro hac vice*) |
| Telephone: (614) 365-4100 | K. John Shaffer (*pro hac vice*) |
| Facsimile: (614) 365-9145 | Matthew Scheck (*pro hac vice*) |
| lipps@carpenterlipps.com | 865 S. Figueroa Street, 10th Floor |
| battle@carpenterlipps.com | Los Angeles, CA 90017 |
| | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| | williamprice@quinnemanuel.com |
| | anthonyalden@quinnemanuel.com |
| | mollystephens@quinnemanuel.com |
| | johnshaffer@quinnemanuel.com |
| | matthewscheck@quinnemanuel.com |

*Attorneys for Plaintiff ResCap Liquidating Trust*