# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

In Re: RFC and ResCap Liquidating  Case No. 13-cv-3451 (SRN/HB)
Trust Litigation

**BRIEFING ORDER**

*This document relates to:*

ResCap Liquidating Trust v. Home Loan
Center, Inc., Case No. 14-cv-1716 (SRN/HB)

---

This matter is before the Court upon the Defendant Home Loan Center's Renewed Motion for Judgment as a Matter of Law [Doc. No. 5150]. Plaintiff's Response is due on or before July 12, 2019. This matter will be decided on the papers, without oral argument.

**IT IS SO ORDERED**.


Dated: July 2, 2019                            s/Susan Richard Nelson
                                               SUSAN RICHARD NELSON
                                               United States District Judge