# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation | Court File No. 13-cv-3451 (SRN/HB) |
| *This document relates to:*<br><br>ResCap Liquidating Trust v. Primary Residential Mortgage, Inc., No. 16-cv-4070 (SRN/HB) | **ORDER** |

      This matter came before the Court regarding a need for clarification of the evidence in the record with respect to the recent bench trial between the parties. On March 3, 2020, before trial concluded, Defendant Primary Residential Mortgage, Inc. (PRMI) offered several exhibits into evidence in connection with the deposition testimony of Lori Zaloumis. (*See* TT Vol. X [Doc. No. 5488] at 1981–83.) Among others, three of those exhibits—DTX-233, DTX-234, and DTX-235—were offered subject to objections by Plaintiff ResCap, and accordingly were not received into evidence at that time. (*See id.* at 1982 (noting the exhibits were offered subject to the plaintiff's objections and the Court's ruling on those objections).) Later that same day, ResCap withdrew its objections to those three exhibits. (*See* PRMI Mar. 3, 2020 Letter to the Court [Doc. No. 5463].) However, despite the withdrawal of ResCap's objections, DTX-233, DTX-234, and DTX-235 were never formally accepted into evidence on the record.

      On March 19, 2020, the Court reached out to counsel for both parties to confirm their understanding of the above events. By e-mail, both parties agreed that the above

summary is correct, and that ResCap had no objections to DTX-233, DTX-234, and DTX-235.  Accordingly, **IT IS HEREBY ORDERED THAT** DTX-233, DTX-234, and DTX-235 are received into evidence and are part of the trial record.

Dated:  March 24, 2020                                              s/Susan Richard Nelson
                                                                    SUSAN RICHARD NELSON
                                                                    United States District Judge