# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and ResCap Liquidating Trust Litigation<br><br>*This document relates to:*<br><br>ResCap Liquidating Trust v. Primary Residential Mortgage, Inc., No. 16-cv-4070 (SRN/HB) | Case No. 13-cv-3451 (SRN/HB)<br><br>**ORDER RE: EDITED DEPOSITION TRANSCRIPTS AND VIDEOS** |

SUSAN RICHARD NELSON, United States District Judge

On March 31, 2020 and April 6, 2020, the Court issued its first and second order, respectively, ruling on Plaintiff ResCap Liquidating Trust's ("ResCap") and Defendant Primary Residential Mortgage, Inc.'s ("PRMI") request to admit various portions of deposition testimony from several witnesses—and accompanying exhibits—into the evidentiary record for the recently completed bench trial between the parties. (*See* Doc. Nos. 5505 (Amended 1st Order), 5508 (Second Order).)

In order to assist the Court with utilizing the parties' deposition testimony, the parties are hereby ordered to submit edited versions of the transcripts for each witness contained in the Court's prior deposition designation orders, as well as edited versions of any video of the witness's deposition. The submissions should include <u>only</u> the testimony that was offered from each witness and to which an objection was not sustained. Edited transcript submissions may be filed electronically—no paper copies are necessary. Edited

1

videos may be sent to the undersigned's chambers and should be on a USB flash drive or portable hard drive to the extent practicable.

The parties are directed to submit these materials on or before April 17, 2020.

**IT IS SO ORDERED.**

Dated: April 6, 2020                          s/Susan Richard Nelson
                                              Susan Richard Nelson
                                              United States District Judge