UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: RFC and RESCAP Liquidating Trust Action | Case No. 0:13-cv-3451 (SRN/HB) |
| ResCap Liquidating Trust,<br>Plaintiff,<br><br>v.<br><br>Primary Residential Mortgage, Inc.,<br>Defendant | Case No. 16-cv-4070 (SRN/HB)<br><br>**ORDER** |

SUSAN RICHARD NELSON, United States District Judge

The individual lawsuit *ResCap Liquidating Trust v. Primary Residential Mortgage, Inc.*, 16-cv-4070 (SRN/HB), was among a number of lawsuits consolidated for pretrial purposes in *In Re: RFC and RESCAP Liquidating Trust Action*, 13-cv-3451 (SRN/HB). Because some filings applicable to Defendant Primary Residential Mortgage, Inc. were filed in both actions, this Order clarifies that, as stated in the Court's March 22, 2023 Order [ECF 166, No. 16-cv-4070], Defendant Primary Residential Mortgage, Inc. has fully satisfied the amended judgment dated April 28, 2021 [Doc. No. 135, No. 16-cv-4070], and the original judgment dated August 17, 2020 [Doc. No. 5528, No. 13-cv-3451]. Primary Residential Mortgage, Inc. has therefore fully and completely satisfied both judgments.

Dated:  March 28, 2023                                       s/Susan Richard Nelson
                                                                        SUSAN RICHARD NELSON
                                                                        United States District Judge